# United States District Court

DISTRICT OF Guam

UNITED STATES OF AMERICA

V.

EDITHA I. FULLER

## WARRANT FOR ARREST

CASE NUMBER: CR-01-00063-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDITHA I. FULLER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

21:963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)
21:846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)
21:952 - IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE (COUNT 3)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

June 28, 2001; Hagatna, Guam
Date and Location

**FILED**
DISTRICT COURT OF GUAM
AUG 30 2005
MARY L.M. MORAN
CLERK OF COURT
by

Bail fixed at $ NO BAIL

HONORABLE JOHN S. UNPINGCO
Name of Judicial Officer

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Guam International Airport

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/26/05 | FBI S/A C. Hoffman | [signature] |