# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>vs.<br><br>Editha I. Fuller,<br><br>           Defendant. | Case No. 1:01-cr-00063<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention, filed August 29, 2005* on the dates indicated below:

*U.S. Attorney's Office   Philip J. Tydingco   U.S. Probation Office   U.S. Marshal Service*
*August 31, 2005          September 1, 2005   September 1, 2005     August 30, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention, filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 1, 2005                       /s/ Leilani R. Toves Hernandez
                                                                                                 Deputy Clerk