**PHILLIP J. TYDINGCO**
Suite 902, Pacific News Building
238 AFC Flores Street, Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

# FILED
DISTRICT COURT OF GUAM

SEP - 8 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 01-00063 |
| Plaintiff, | NOTICE OF MOTION; MOTION TO WITHDRAW OR RELIEVE PHILLIP J. TYDINGCO AS COUNSEL; MEMORANDUM OF LAW; CERTIFICATE OF SERVICE |
| vs. | |
| MARIO F. MERCADER, EDITHA I. FULLER, RUPERTO A. ESPINOSA, JR., and LARRY VINCENT TOVES BLAS, | |
| Defendants. | |

## NOTICE OF MOTION

TO:   KARON JOHNSON
      Assistant United States Attorney
      Sirena Plaza
      108 Hernan Cortez, Ste. 500
      Hagatna, Guam  96910

        PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable **Joaquin V.E. Manibusan, Jr.**, in his courtroom in the United States _9:45 Am_

        **Magistrate Judge**

Courthouse, 4th Floor 520 West Soledad Ave., Hagatna, Guam, on **SEP 1 2 2005 AT**, or

as soon as counsel may be heard.

# ORIGINAL

## MOTION TO WITHDRAW AS COUNSEL

I, Phillip J. Tydingco, hereby request to be relieved as counsel of record based on manifest necessity and the best interest of my client, EDITHA I. FULLER. It is further requested that this Court appoint new counsel for Ms. Fuller.

## MEMORANDUM OF LAW

Although the circumstances averred in the undersigned counsel's declaration do not concern a conflict of interest between Defendant Fuller and other clients or with her counsel, this counsel responsibilities to other clients in a current and other jury trials may materially limit this counsel's ability to effectively prepare for and represent Defendant in her trial scheduled for October 26, 2005. See Rule 1.7(a)(2) of the American Bar Association Model Rules of Professional Conduct (ABA MRPC). It is therefore manifestly necessary that counsel be relieved from his temporary appointment as counsel for Defendant Fuller, and that another counsel be appointed.

## DECLARATION OF COUNSEL

I, PHILLIP J. TYDINGCO, hereby declare as follows:

1.      That I am counsel for defendant, EDITHA I. FULLER, having been appointed pursuant to the Criminal Justice Act.

2.      That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

3.      Editha I. Fuller was indicted on June 27, 2001. The grand jury charged her with conspiracy to import methamphetamine hydrochloride, in violation of 21 U.S.C. § 963; conspiracy to distribute methamphetamine hydrochloride, in violation of 21 U.S.C. § 846; importation of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 952; distribution of

Page 2 of 4

methamphetamine hydrochloride 21 U.S.C. §§ 841(a)(1); and attempted possession of methamphetamine hydrochloride with intent to distribute, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

4. On August 29, 2005, I was temporarily appointed to represent Ms. Fuller in this matter.

5. At my appearance at the District Court on or about August 29, 2005, I represented to the Court that I will be defending another client in a murder trial in the Superior Court of Guam (People v. Anthony C. Flores, CF0191-02) set to commence on August 30, 2005.

6. However, pretrial motions in limine, including a Crawford v. Washington motion to exclude the alleged victim's statement and concomitant "forfeiture by wrongdoing" evidentiary hearing occurred in said murder trial between August 29 and 30, 2005.

7. Although jury selection began in the afternoon of August 30, 2005 for said trial, as of September 8, 2005, we are still in the process of picking a jury as a result of losing two panels of potential jurors because of taint and prejudice, as well the two days lost due to the storm (August 31, 2005) and the Labor Day holiday (September 5, 2005). All of these have set back the murder trial of Mr. Anthony Flores, who has been continuously confined for nearly six years, since November 1999, awaiting trial.

8. I anticipate that the earliest date on which evidence may begin in the Flores trial will be on Friday, September 9, 2005. I reasonably expect this trial to last at least two to three weeks, with accommodations for off-island medical expert witnesses.

9. I also have a criminal sexual conduct jury trial in the Superior Court of Guam scheduled to commence on October 12, 2005, but that case may be resolved by a plea agreement or

Case 1:01-cr-00063    Document 89    Filed 09/08/2005    Page 3 of 5

1 | continued as I will be traveling with my children off-island from October 15, 2005, to October 26,

2 | 2005, for a scheduled trip for personal and professional reasons.

3 |        10.    I have conferred with my client, Ms. Fuller, and she has expressed concern

4 | about my ability to adequately prepare for, and effectively represent her at, the October 26, 2005,

5 | trial set by this Court.

6 |        11.    I have also informed the Assistant U.S. Attorney, Ms. Karon Johnson, that I

7 | will be filing a motion to withdraw from representation of Ms. Fuller in this case.

8 |        12.    I believe it would be in the best interest of my client that I be relieved

9 | as counsel of record, and that the Court appoint new counsel for Ms. Fuller.

10 |     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

11 | CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

12 |     DATED: Hagatna, Guam, September 8, 2005.

13 |

14 |

15 |     PHILLIP J. TYDINGCO
    Attorney for Defendant
    EDITH I. FULLER

16 |

Page 4 of 4

## CERTIFICATE OF SERVICE

I, NORMA L. SALAS, hereby certify that a true and exact copy of the foregoing

document was duly mailed and/or hand-delivered to the following on September 8, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Hagatna, Guam, September 8, 2005.

MICHAEL BORRETA
Legal Clerk

PHILLIP J TYDINGCO
Attorney for Defendant
EDITH I. FULLER