PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDERS OFFICE
Suite 902, Pacific News Building
238 AFC Flores Street, Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

FILED
DISTRICT COURT OF GUAM
SEP - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 01-00063 |
| Plaintiff, | DECLARATION OF COUNSEL: CERTIFICATE OF SERVICE |
| vs. | |
| MARIO F. MERCADER, EDITHA I. FULLER, RUPERTO A. ESPINOSA, JR., and LARRY VINCENT TOVES BLAS, | |
| Defendants. | |

### DECLARATION OF COUNSEL

I, PHILLIP J. TYDINGCO, hereby declare as follows:

1. That I am counsel for defendant, EDITHA I. FULLER, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

3. Editha I. Fuller was indicted on June 27, 2001. The grand jury charged her with conspiracy to import methamphetamine hydrochloride, in violation of 21 U.S.C. § 963; conspiracy to distribute methamphetamine hydrochloride, in violation of 21 U.S.C. § 846; importation of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 952; distribution of

methamphetamine hydrochloride 21 U.S.C. §§ 841(a)(1); and attempted possession of methamphetamine hydrochloride with intent to distribute, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

4. On August 29, 2005, I was temporarily appointed to represent Ms. Fuller in this matter.

5. At my appearance at the District Court on or about August 29, 2005, I represented to the Court that I will be defending another client in a murder trial in the Superior Court of Guam (People v. Anthony C. Flores, CF0191-02) set to commence on August 30, 2005.

6. However, pretrial motions in limine, including a <u>Crawford v. Washington</u> motion to exclude the alleged victim's statement and concomitant "forfeiture by wrongdoing" evidentiary hearing occurred in said murder trial between August 29 and 30, 2005.

7. Although jury selection began in the afternoon of August 30, 2005 for said trial, as of September 8, 2005, we are still in the process of picking a jury as a result of losing two panels of potential jurors because of taint and prejudice, as well the two days lost due to the storm (August 31, 2005) and the Labor Day holiday (September 5, 2005). All of these have set back the murder trial of Mr. Anthony Flores, who has been continuously confined for nearly six years, since November 1999, awaiting trial.

8. I anticipate that the earliest date on which evidence may begin in the Flores trial will be on Friday, September 9, 2005. I reasonably expect this trial to last at least two to three weeks, with accommodations for off-island medical expert witnesses.

9. I also have a criminal sexual conduct jury trial in the Superior Court of Guam scheduled to commence on October 12, 2005, but that case may be resolved by a plea

agreement or continued as I will be traveling with my children off-island from October 15, 2005, to October 26, 2005, for a scheduled trip for personal and professional reasons.

10. I have conferred with my client, Ms. Fuller, and she has expressed concern about my ability to adequately prepare for, and effectively represent her at, the October 26, 2005, trial set by this Court.

11. I have also informed the Assistant U.S. Attorney, Ms. Karon Johnson, that I will be filing a motion to withdraw from representation of Ms. Fuller in this case.

12. I believe it would be in the best interest of my client that I be relieved as counsel of record, and that the Court appoint new counsel for Ms. Fuller.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Hagatna, Guam, September 8, 2005.

PHILLIP J. TYDINGCO
Attorney for Defendant
EDITH I. FULLER

## CERTIFICATE OF SERVICE

I, NORMA L. SALAS, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 8, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Hagatna, Guam, September 8, 2005.

_____
MICHAEL BORRETA
Legal Clerk

PHILLIP J TYDINGCO
Attorney for Defendant
EDITH I. FULLER