DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 01-00063-002**          **DATE: September 12, 2005**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**          Law Clerk: JUDITH HATTORI
Court Recorder: Jamie M. Phelps          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:48:48 - 9:59:50          CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: EDITHA I. FULLER**          **ATTY : PHILIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON          AGENT:

U.S. PROBATION: CARLEEN BORJA          U.S. MARSHAL: W. GRAY

INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:          MOTION TO WITHDRAW AS ATTORNEY**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( X ) MOTION(s)   ___Granted  _X_ Denied  ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED    ___Approved    ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defense counsel stated that he has advised the defendant that it is in her best interest that another attorney be appointed to represent her, she has asked that he remain and if a continuance was possible.

The Court, after reviewing the motion by counsel and his schedule for the next few months, Denied the Motion to Withdraw and continued the trial to December 6, 2005 at 9:30 a.m. with Pretrial Motions due November 14, 2005. The Court also stated that the continuance would serve the Ends of Justice pursuant to 18 U.S.C. §3161(h)(8).

No further written order to be issued by the Court.

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                      next page

Courtroom Deputy: _____