FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00063 |
| Plaintiff, | ) | |
| vs. | ) | |
| EDITHA I. FULLER, et al., | ) | **ORDER** |
| Defendants | ) | |

The trial in this case is scheduled to commence on December 6, 2005. However, on November 14, 2005, the parties filed a stipulation motion requesting that the trial date and the associated pretrial deadlines be continued. See Docket No. 94. Therein, defense counsel Phillip Tydingco stated that additional preparation time is necessary in light of the voluminous discovery recently received and the numerous witnesses thus far identified. Id. at 5. Furthermore, Mr. Tydingco requested an opportunity to determine whether an actual or potential conflict of interest exists with regard to his former law partner having represented a co-defendant herein. Id. at 6.

The Court hereby grants the request for a continuance. Such an extension is reasonable and necessary given the facts set forth in the stipulated motion. Accordingly, the trial in this matter is hereby re-scheduled to Tuesday, February 7, 2006, at 9:00 a.m. before

///

Judge Larry Alan Burns,[1] with a pretrial conference to be held on February 6, 2006, at 11:00 a.m. All pretrial motions shall be filed no later than December 28, 2005. Additionally, the following shall be filed or lodged with the Court no later than seven calendar days prior to the trial:

1) Proposed jury voir dire questions;

2) An original and one copy of the exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered);

3) Three complete sets of marked and tabbed exhibits in three-ring binders. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party;

4) Any documents to be used in the examination of witnesses, but not to be introduced into evidence, such as police reports, investigative reports or witness statements - (one copy must be lodged with the Court);

5) Proposed verdict forms;

6) An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment); and

7) Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

The period of delay between November 14, 2005, and February 7, 2006, inclusive, is hereby excluded for purposes of the Speedy Trial Act. The Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED this 15th day of November 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

---

[1] The Honorable Larry Alan Burns, United States District Judge for the Southern District of California, sitting by designation.