| | |
|---|---|
| ALTERNATE PUBLIC DEFENDER | **FILED** |
| Suite 902, Pacific News Building | DISTRICT COURT OF GUAM |
| 238 AFC Flores Street | DEC 29 2005 |
| Hagatña, Guam 96910 | MARY L.M. MORAN |
| Tel: 475-3234 ✦ Fax 475-3238 | CLERK OF COURT |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 01-00063 |
| Plaintiff, | |
| vs. | |
| MARIO F. MERCADER, EDITHA I. FULLER, RUPERTO A. ESPINOSA, JR., and LARRY VINCENT TOVES BLAS, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify that a true and exact copy of the Notice Motion re: Motion to Dismiss and Memorandum of Points and Authorities; and Notice of Motion re: Motion to Compel Discovery, and Motion to Compel Discovery; Memorandum of Law was duly hand-delivered on December 28, 2005 to:

KARON V. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Dated this 29th day of December, 2005 at Hagatna, Guam.

MICHAEL BORRETA
Legal Clerk