FILED
DISTRICT COURT OF GUAM
DEC 29 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Editha I. Fuller, *et al.*,<br><br>Defendants. | Criminal Case No. 01-00063<br><br>**ORDER**<br><br>Referring Motions to Compel Discovery and to Dismiss to Magistrate Judge for Report and Recommendation |
|---|---|

On December 28, 2005, Defendant Fuller, filed a Motion to Dismiss the Indictment Due to Violation of Speedy Trial and a Motion to Compel Discovery. *See* Docket Nos. 97 and 98. These motions are hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition. The Government shall file its response to the Motion to Dismiss by Tuesday, January 10, 2006. The Defendant shall file a reply to the Government's response by Friday, January 13, 2006. A hearing on the motion shall be set for January 18, 2006 at 10:00 a.m before the Magistrate.

As for the Defendant's Motion to Compel Discovery, counsel are directed to meet and confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many disputes as possible. If counsel are able to settle their differences, they shall so inform the Court by written stipulation no later than January 13, 2006. If counsel are unable to settle their differences, the Court shall hear argument on the motion on January 18, 2006 at 10:00 a.m. Additionally, if agreement can not be reached, counsel shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and contentions and points

**ORIGINAL**

and authorities of each party. Said stipulation shall be filed no later than January 13, 2006. The Court reminds counsel that failure to cooperate in good faith may result in the imposition of sanctions at the discretion of the Court.

The trial date in this matter remains on the calendar for Tuesday, February 7, 2006 at 9:00 a.m. before the Honorable District Judge Larry Alan Burns.

**SO ORDERED** this 29th day of December, 2005.

Frances Tydingco-Gatewood
**Designated United States District Judge**