**ALTERNATE PUBLIC DEFENDER**
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

**FILED**
DISTRICT COURT OF GUAM

DEC 2 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MARIO F. MERCADER, EDITHA I. FULLER,
RUPERTO A. ESPINOSA, JR., and
LARRY VINCENT TOVES BLAS,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL CASE NO. CR 01-00063

**CERTIFICATE OF SERVICE**

      I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify

that a true and exact copy of the Motion to Dismiss and Memorandum of Points and Authorities

was duly hand-delivered on December 28, 2005 to:

KARON V. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

      Dated this 29th day of December, 2005 at Hagatna, Guam.

MICHAEL BORRETA
Legal Clerk