# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA,

V.

EDITHA I. FULLER, et al

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR01-~~0063~~ 00063

TO: Custodian of Records
U.S. Marshal's Service
3rd Floor, U.S. Court House
520 West Soledad Ave.
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam, Territory of Guam | 413 |
| | DATE AND TIME |
| | 1/18/2006 10:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. U.S. Marshal Service's documentation, recording and/or input into its database system regarding the United States District, District of Guam, warrant of arrest in case no. CR01-00063, since June 28, 2001 to present date.

2. U.S. Marshal Service's documentation or reports regarding the dates and times and activity undertaken by the U.S. Marshal Service in the execution and/or apprehension of Edita Fuller under the warrant of arrest in case no. CR01-00063 between June 2001 and August 2005.

3. U.S. Marshal Service's documentation or reports regarding the actual arrest or detention and extradiction or return of Edita Fuller from the Republic of the Phillipines to Guam on or about August 2005 to face charges and trial under case no. CR01-00063.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L. M. Moran, Clerk of Court | |
| (By) Deputy Clerk [signature] | JAN - 9 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Phillip J. Tydingco, Alternate Public Defender, Suite 902 A PNB Bldg., 238 AFC Flores Street, Hagatna, Guam 475-3234

ORIGINAL

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | Jan. 10, 2006 | Alternate Public Defender |
| SERVED | Jan. 10, 2006 | U.S. Marshal's Service |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Joaquin Salas | ☐ YES ☑ NO AMOUNT $ ______ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| Reynaldo G. Serafico | PROCESS OFFICER I |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on Jan. 10, 2006
DATE

R. G. Serafico
SIGNATURE OF SERVER

Suite 902A, PNB Bldg, 238 AFC Flores St.
ADDRESS OF SERVER
Hagatna, Guam 96910

ADDITIONAL INFORMATION