```
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238
```
**FILED**
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO F. MERCADER, EDITHA I. FULLER,<br>RUPERTO A. ESPINOSA, JR., and<br>LARRY VINCENT TOVES BLAS,<br><br>    Defendants. | CRIMINAL CASE NO. CR 01-00063<br><br>**CERTIFICATE OF SERVICE** |

I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify that a true and exact copy of Defendant Fuller's Reply to United States Opposition to Motion to Dismiss was duly hand-delivered on January 13, 2006 to:

> KARON V. JOHNSON
> Assistant United States Attorney
> U.S. Attorney's Office
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam 96910

Dated this 13th day of January 2006 at Hagatna, Guam.

_____
MICHAEL BORRETA
Legal Clerk

**ORIGINAL**