ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 01-00063 |
| Plaintiff, | |
| vs. | STIPULATION RE: DISCOVERY |
| MARIO F. MERCADER, EDITHA I. FULLER, RUPERTO A. ESPINOSA, JR., and LARRY VINCENT TOVES BLAS, | |
| Defendants. | |

**COMES NOW** the parties, Defendant EDITHA FULLER, by and through her counsel, Phillip J. Tydingco, Esq., and the United States of America, through the United States Attorney, Leonardo M. Rapadas, by Assistant United States Attorney Karon V. Johnson, hereby jointly agree and stipulate that counsel have settled any differences regarding discovery at this time, and this stipulation is submitted pursuant to the Court's Order filed on December 29, 2005.

DATED this 13 day of JAN 2006.

| ALTERNATE PUBLIC DEFENDER | UNITED STATES OF AMERICA |
|---|---|
| | Mr. Leonardo M. Rapadas, Esq. |
| | United States Attorney for District of Guam |
| *[signature]* | *[signature]* |
| Mr. Phillip J. Tydingco, Esq. | Ms. Karon V. Johnson, Esq. |
| Attorneys for Defendant | Assistant United States Attorney |
| EDITHA I. FULLER | |

FILED
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT