PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDERS OFFICE
Suite 902, Pacific News Building
238 AFC Flores Street, Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

FILED
DISTRICT COURT OF GUAM
JAN 18 2006 *p*
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIO F. MERCADER,<br>EDITHA I. FULLER,<br>RUPERTO A. ESPINOSA, JR., and<br>LARRY VINCENT TOVES BLAS,<br><br>  Defendants. | CRIMINAL CASE NO. CR 01-00063<br><br><br><br>DECLARATION OF COUNSEL IN<br>SUPPORT OF MOTION TO DISMISS |

### DECLARATION OF COUNSEL

I, PHILLIP J. TYDINGCO, based on information and belief, and to the extent that I have personal knowledge of the averments below, hereby declare as follows:

1. That I am counsel for defendant, EDITHA I. FULLER, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the Defendant Fuller's motion to dismiss for speedy trial and post-indictment delay violations are true and correct to the best of my knowledge and belief.

3. That Defendant Fuller was indicted with other co-defendants on June 27, 2001.

4. The grand jury charged Defendant Fuller with conspiracy to import methamphetamine hydrochloride, in violation of 21 U.S.C. § 963; conspiracy to distribute methamphetamine hydrochloride, in violation of 21 U.S.C. § 846; importation of methamphetamine hydrochloride, in violation of 21 U.S.C. §§ 952; distribution of methamphetamine hydrochloride 21 U.S.C. §§ 841(a)(1); and attempted possession of methamphetamine hydrochloride with intent to distribute, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

5. On August 29, 2005, I was appointed to represent Defendant Fuller, who made an appearance before the Magistrate Judge of the District Court and entered pleas of not guilty.

6. That Defendant Fuller is a 55 year old Filipina and naturalized U.S. citizen.

7. That prior to the June 2001 indictment, Defendant Fuller resided in the Republic of the Phillippines, mostly with family or relatives at 760 Pantaleon Street, Hulo district in the metropolitan area of the City of Manila.

8. That Defendant Fuller was unaware of the actual indictment until August of 2005.

9. That Defendant Fuller has difficulty recollecting the facts and details of the case.

10. That Defendant Fuller, by and through her counsel, filed her motion to dismiss the case based on speedy trial and post-indictment delay violations on December 28, 2005.

11. That the undersigned is informed by the U.S. Government law enforcement authorities that co-defendant Mario Mercader, a Filipino citizen and reportedly main ringleader of the conspiracy to import and distribute illegal drugs, has not yet been extradited from the Phillipines or returned to the Territory of Guam to face the charges of the instant case.

Page 2 of 4

Case 1:01-cr-00063   Document 108   Filed 01/18/2006   Page 2 of 4

12. That on or about January 10, 2006, the undersigned counsel had a subpoena duces tecum served on the Custodian of Record for the U.S. Marshals Service in order to obtain specific information relevant to Defendant Fuller's motion.

13. That on or about January 12, 2006, the undersigned counsel received a letter from Assistant United States Attorney, Mikel W. Schwab, requesting withdrawal of the subpoena mentioned above for non-compliance with Title 21 C.F.R. Sections 16.21 through 16.26, and if necessary to discuss the specific information sought by the Defendant.

14. That on or about January 13, 2006, the undersigned counsel spoke with AUSA Schwab who provided information clarifying the exhibits or documents attached to the U.S. Government's Opposition to Defendant Fuller's motion to dismiss, which included confirming that Defendant Fuller was not extradited from the Phillippines but returned based on revocation of her passport with the informal cooperation of the Phillippines authorities.

15. That the undersigned counsel agreed to, and sent a letter on January 13, 2006 to AUSA Schwab to withdraw the subpoena duces tecum and to specify the questions or subject area for inquiry of the U.S. Marshals Service desired by Defendant Fuller for her motion.

16. That AUSA Schwab also provided a complete copy of the DEA Personal History Form regarding Defendant Fuller, specifically page 2, that appears to indicate the DEA recorded or logged in Defendant Fuller's name into the NCIC on March 8, 2004.

//////

//////

//////

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE US. TERRITORY OF GUAM THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Hagatna, Guam, January 18, 2006.

_____
PHILLIP J. TYDINGCO
Attorney for Defendant
EDITH I. FULLER