DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 01-00063-002           DATE: 01/18/2006

HON. DONALD W. MOLLOY, Designated Judge, Presiding      Law Clerk: Jeff Roth
Court Reporter: Wanda Miles                             Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 10:19:55 - 12:39:21            CSO: F. Tenorio

*********************APPEARANCES*************************

DEFT: **EDITHA I. FULLER**                      ATTY : **PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                    AGENT: NORMA SALAS, INVESTIGATOR

U.S. PROBATION:                                 U.S. MARSHAL: W. GRAY / G. PEREZ / J. CURRY

INTERPRETER: _____   ( ) SWORN    LANGUAGE: _____

PROCEEDINGS:           **MOTION TO DISMISS**

( X ) WITNESSES SWORN AND EXAMINED
( X ) EXHIBITS MARKED AND ADMITTED  SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187
                                    (and 187A, when applicable)

( X ) MOTION ARGUED BY   ( X ) GOVERNMENT   ( X ) DEFENDANT
( X ) MOTION(s)  __Granted  __Denied  __Withdrawn  _X_ Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

**Defendant stated that her name is Edita Ilang Fuller.**

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                    next page

Courtroom Deputy: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. EDITHA I. FULLER | Case Number: CR-01-00063 |

| PRESIDING JUDGE<br>DONALD W. MOLLOY | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>PHILLIP J. TYDINGCO |
|---|---|---|
| HEARING DATE (S)<br>JANUARY 18, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **RODEL B. BABASA, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 1/18/06 | | Warrant for Arrest |
| | 2 | | | 1/18/06 | | Copy of Pacific Daily News article (Defense counsel stipulated that the document is a newspaper article) |
| | 3 | | | 1/18/06 | | Copy of Memo from Mikel W. Schwab (Stipulated as true copy by defense counsel) |
| | 4 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey L. Wendling to Chief Superintendent Gonzalez |
| | 5 | | 1/18/06 | 1/18/06 | 1/18/06 | Letters generated by Department of Justice . |
| | 6 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Department of State |
| | 7 | | 1/18/06 | 1/18/06 | 1/18/06 | Unclassified teletype |
| | 8 | | 1/18/06 | 1/18/06 | 1/18/06 | Unclassified teletype |
| | 8A | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Theodore Allegra to Andrea Domingo |
| | 9 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey Wendling to Andrea Domingo |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002. Mr. Tydingco objected to the admission. Overruled. |
| | 11 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 10/8/2002 |
| | 12 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 1/8/2003 |
| | 13 | | 1/18/06 | 1/18/06 | 1/18/06 | Teletype dated January 31, 2003. Mr. Tydingco objected to the admission and stated that it is hearsay. Overruled. |
| | 14 | | 1/18/06 | 1/18/06 | 1/18/06 | Teletype dated February 6, 2003. Mr. Tydingco objected to questioning beyond the scope. Overruled. Mr. Tydingco objected to the admission. Overruled. |
| | 15 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 5/27/2003 |
| | 16 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 8/25/2003 |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated November 28, 2003 |
| | 18 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 1/6/05 |
| | 19 | | 1/18/06 | 1/18/06 | 1/18/06 | Case Status Report signed by Rodel B. Babasa dated 5/16/05 |
| | 20 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 8/12/05 |
| | 21 | | 1/18/06 | 1/18/06 | 1/18/06 | Code Concerning Revocation of Passports |
| | | | | | | 10:51:47 End of DX |
| | | | | | | *CX by Mr. Tydingco* |
| | 19 | | 1/18/06 | 1/18/06 | 1/18/06 | Case Status Report signed by Rodel B. Babasa dated 5/16/05 |
| | 11 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 10/8/2002 |
| | 12 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 1/8/2003 |
| | 15 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 5/27/2003 |
| | 16 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 8/25/2003 |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 11/28/03 |
| | 20 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 8/12/05 |
| | 4 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey L. Wendling to Chief Superintendent Gonzalez |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 3 | | | 1/18/06 | | Copy of Memo from Mikel W. Schwab |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 11/28/03 |
| | | B | | 1/18/06 | | DEA Personal History Report |
| | | | | | | 11:22:18 End of CX |
| | | | | | | *Re-DX by Ms. Johnson* |
| | | | | | | 11:23:05 End of Re-DX |
| | | | | | | *Court examined the witness* |
| | | | | | | *11:36:29 Re-CX by Mr. Tydingco* |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |
| | | | | | | End of Re-CX |
| | | | | | | 11:39:07 Witness Excused |
| | | | | | | **Parties stipulated to the admission of Exhibits A and B. Parties further stipulated that Exhibit B, page 2, box 55 contains the date of March 8, 2004 which is the date when the warrants were entered into NCIC.** |
| | | | | | | **Government offered Exhibits 1, 2 and 3. No objection. ADMITTED.** |
| | | | | | | **EDITA I. FULLER, called and sworn** |
| | | | | | | 11:42:49 DX by Mr. Tydingco |
| | | C | | 1/18/06 | | Warrant of Arrest and Indictment |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |
| | | | | | | End of DX |
| | | | | | | *11:56:59 CX by Ms. Johnson* |
| | | | | | | End of DX |
| | | | | | | 12:04:38 Witness Excused |

PRESIDING JUDGE: DONALD W. MOLLOY
PLAINTIFF'S ATTORNEY: KARON JOHNSON
DEFENDANT'S ATTORNEY: PHILLIP J. TYDINGCO
HEARING DATE(S): JANUARY 18, 2006
COURT REPORTER: WANDA MILES
COURTROOM DEPUTY: VIRGINIA T. KILGORE