# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>        vs.<br><br>Edita Ilang Fuller,<br><br>              Defendant. | Case No. 1:01-cr-00063-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Denying Motion to Dismiss and Notice of Entry of Order filed January 20, 2006****,* on the dates indicated below:

*U.S. Attorney's Office*  *Philip Tydingco*
*January 20, 2006*  *January 20, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Denying Motion to Dismiss and Notice of Entry of Order filed January 20, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 20, 2006                               /s/ Marilyn B. Alcon
                                                              Deputy Clerk