edithafullermotion2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00063 |
| Plaintiff, ) | GOVERNMENT'S MOTION TO CORRECT ORDER |
| vs. ) | |
| EDITHA I. FULLER, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court to correct a mis-statement of fact in its Order concerning defendant's motion to dismiss. The order recites at page 17 that Mario Mercader is a naturalized U.S. citizen. In fact, Mercader is a citizen of the Philippines. The government is attaching hereto as Exhibit 1 a copy of the Criminal Case Cover Sheet filed at the time of Mercader's indictment; it reflects that his nationality is Filipino. The extradition papers presented to the Philippine government by the United States sought extradition of Mercader as a

//
//

-1-

citizen of the Philippines. The government can secure a copy of these documents, should the court so desire.

Respectfully submitted this __24th__ day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

JS 45 (1/96)

# Criminal Case Cover Sheet | U.S. District Court

**Place of Offense:**

City _____  Related Case Information:  **01-00063**

County/Parish __GUAM__  Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __xxx__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile ___ Yes ___ No __XX__  If Yes, Matter to be sealed: ___ Yes __XX__ No

Defendant Name __MARIO F. MERCADER__

Alias Name _____

Address __208 Happy Landing Road, Tumon, Guam__

Birthdate __5/19/50__  SS # __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__  Sex __M__  Race ___  Nationality __Filipino__

**U.S. Attorney Information:**

AUSA __KARON V. JOHNSON__  Bar # _____

Interpreter: ☐ No  ☐ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __I-III, & V__  ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC § 963 | Conspiracy to Import Methamphetamine Hydrochloride | I |
| Set 2  21 USC § 963 | Conspiracy to Distribute Methamphetamine Hydrochloride | II |
| Set 3  21 USC § 952; 18 USC § 2 | Importation to Methamphetamine Hydrochloride | III |
| Set 4  21 USC § 841(a)(1) | Distribution of Methamphetamine Hydrochloride | V |

(May be continued on reverse)

Date: __6/27/01__  Signature of AUSA: _Karon V. Johnson_

EXHIBIT 1

COPY