**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal Case No. 01-00063 |
| Plaintiff, | |
| v. | **ERRATA** |
| EDITA I. FULLER, | |
| Defendant. | |

Wherein the Order of January 20, 2006 states that Mario Mercader is a naturalized U.S. citizen the Court hereby amends the Order to reflect that his nationality is Filipino. In all other respects the Order remains unchanged.

IT IS SO ORDERED, this 27 day of January, 2006.

DONALD W. MOLLOY*
District Judge

---

* The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.