# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>               Plaintiff,<br><br>         vs.<br><br>Edita Ilang Fuller,<br><br>               Defendant. | Case No. 1:01-cr-00063-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Errata re Order denying Motion to Dismiss filed January 30, 2006**,* on the dates indicated below:

*U.S. Attorney's Office*            *Philip Tydingco*
*January 30, 2006*                   *January 30, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Errata re Order denying Motion to Dismiss filed January 30, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 30, 2006                         /s/ Marilyn B. Alcon
                                                              Deputy Clerk