

**FILED**
DISTRICT COURT OF GUAM
FEB - 1 2006 *p*
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 01-00063-002     DATE: 02/01/2006

HON. JOAQUIN V.E. MANIBUSAN, Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 9:48:49 - 10:09:22     CSO: J. McDonald

*********************A P P E A R A N C E S*************************

**DEFT:** EDITA IIANG FULLER     **ATTY:** PHILLIP J. TYDINGCO
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:

U.S. PROBATION: MARIA CRUZ     U.S. MARSHAL: V. ROMAN / C. MARQUEZ

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____

## PROCEEDINGS:  CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __55__     HIGH SCHOOL COMPLETED: __Some college__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNT III__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __January 31, 2006__   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __MAY 18, 2006__ at __9:00 A.M.__   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: __MARCH 27, 2006__   DUE TO COURT: __APRIL 27, 2006__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court and parties made pen and ink changes to the plea agreement. The Court executed a report and recommendation concerning defendant's plea of guilty.