# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Edita I. Fuller,<br><br>        Defendant. | Case No. 1:01-cr-00063-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate and Report and Recommendation filed February 1, 2006,* on the dates indicated below:

*U.S. Attorney's Office*                                *Philip Tydingco*
*February 1, 2006*                                        *February 1, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate and Report and Recommendation filed February 1, 2006,***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 1, 2006                                    /s/ Marilyn B. Alcon
                                                                          Deputy Clerk