FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>EDITA I. FULLER,<br><br>    Defendant. | CRIMINAL CASE NO. 01-00063<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging her with the importation of more than two (2) kilograms net weight of methamphetamine hydrochloride, in violation of 21 U.S.C. § 952, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on May 18, 2006 at 9:00 a.m.

IT IS SO ORDERED.

DATED this 16th day of February 2006.

LARRY ALAN BURNS*
District Judge

**ORIGINAL**

---

* The Honorable Larry Alan Burns, United States District Judge for the Southern District of California, sitting by designation.