ORIGINAL

edithafullerpsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDITA I. FULLER, <br><br> Defendant. | CRIMINAL CASE NO. 01-00063-02 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT, AND MOTION FOR A ONE-LEVEL DEPARTURE** |

  Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

  In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate

//
//
//
//
//

its resources efficiently. Accordingly, defendant's total offense level will be 41, with a sentencing range of 324-405 months. The government will be recommending the minimum under the applicable Guidelines range.

RESPECTFULLY SUBMITTED this  21st  day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney