ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
MS. EDITA I. FULLER

**FILED**

DISTRICT COURT OF GUAM

MAY 1 2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA,

                    Plaintiff,

     vs.

MARIO F. MERCADER, **EDITA I. FULLER**,
RUPERTO A. ESPINOSA, JR., and
LARRY VINCENT TOVES BLAS,

                  Defendants.

CRIMINAL CASE NO. CR 01-00063

**RESPONSE TO FINAL
PRESENTENCE REPORT;
EXHIBIT A;
CERTIFICATE OF SERVICE**

## DEFENDANT'S RESPONSE OR OBJECTIONS TO PRESENTENCE REPORT

Defendant, Ms. Edita I. Fuller, by and through counsel, Phillip J. Tydingco, Alternate

Public Defender, respectfully accepts and adopts the findings of the final Presentence

Investigation Report (PSI) with the following exceptions.

    1.     The PSI appears to state in paragraph number 1 that Ms. Fuller was charged with

three other co-defendants in *all* six counts or offenses of the indictment. This is incorrect. Ms.

Fuller is only charged in the indictment with Count I (Conspiracy to Import Methamphetamine

Hydrochloride), Count II (Conspiracy to Distribute Methamphetamine Hydrochloride), and

Count III (Importation of Methamphetamine Hydrochloride), and she is not charged with the

ORIGINAL

offenses of Counts IV, V, and VI.

2.      The PSI states in paragraph number 5 that "[o]n November 15, 2005, a Motion to Continue Trial by the defendant granted by the Court and trial was rescheduled for February 7. 2006." This is not quite accurate. It was a "Stipulated Motion to Continue the Criminal Pretrial and Trial Scheduling Dates" that had been filed and signed by both parties.

3.      The PSI states in paragraph number 11 that "[t]he offense conduct is said to have occurred beginning in 1996, and continuing to May 1999, in the District of Guam and elsewhere." This is consistent with the contents of the plea agreement as agreed to by the Defendant, but not necessarily so with the indictment which stated only up to 1997.

4.      The pronoun "her" should be used in paragraph number 55 of the PSI.

5.      Paragraph 56 of the PSI states that "[t]he 2006 edition of the United States Sentencing Commission Guidelines Manual was used in this case." Ms. Fuller, however, contends that it is improper to apply the 2006 edition of the sentencing guidelines to her case as the offense conduct is said to have occurred beginning in 1996 and continuing to May 1999. See PSI, page 5, paragraph number 11. The proper sentencing guideline manuals to use are those "in effect on the date that the conviction was committed." See U.S.S.G. §1B1.11(b)(1). The ex post facto clause of the United States Constitution would also be violated if the 2006 guidelines were applied. Thus, the 1998 edition of the sentencing guidelines should be applied to Ms. Fuller's case.

6.      Ms. Fuller respectfully disputes or objects to the determination in paragraph number 57 of the PSI that the base offense level is 38 because the 2006 edition of the sentencing guidelines were utilized. Under the 1998 edition of the sentencing guidelines, the corresponding

base offense level applicable to Ms. Fuller's case is 36.

7.   Under paragraph 58 of the PSI, the phrase "a two level *decrease* is warranted" should have correctly stated "a two level increase is warranted."

8.   Ms. Fuller respectfully disputes or objects to the determination in paragraph number 60 of the PSI that a four level (+4) increase pursuant to §3B1.1(a) is applicable to her case, but submits instead that her role was mostly as a supervisor or manager rather than an organizer or leader and therefore, a three level (+3) increase under the applicable guidelines may be warranted.

9.   Ms. Fuller respectfully disputes or objects to the "Adjusted Offense Level (Subtotal)" of forty-four (44) reported in paragraph 62 of the PSI due in large part to the use of the 2006 edition of the sentencing guidelines. Ms. Fuller submits that, even assuming arguendo the application of the four level increase determination pursuant to §3B1.1(a), the "Adjusted Offense Level (Subtotal) under the 1998 edition of the sentencing guidelines would at most be forty-two (42)." However, Ms. Fuller contends that a three level increase determination pursuant to §3B1.1(a) should be used, and the subtotal adjusted offense level under the 1998 guidelines is then forty-one (41).

10.   Paragraph 64 of the PSI stated the "Total Offense Level" as forty-one (41) since the 2006 sentencing guidelines were applied. Ms. Fuller submits that under the 1998 sentencing guidelines the "Total Offense Level" is instead thirty-eight (38) or at most, thirty-nine (39).

11.   With regard to paragraph 69 of the PSI, Ms. Fuller never got to know her biological mother as she also provided information to the probation officer that she was less than a year old when her mother died.

12.     Paragraph 70 of the PSI starts out stating "From 1977 to 1972, . . . ", which should be corrected to read as "From 1969 to 1973, the defendant was in a relationship with Joaquin Puno, . . . ". In addition, Ms. Fuller had provided related information to the probation officer that Mr. Puno (father of her two children) had not only deceived her about already being married, but he first convinced her while she was emotionally vulnerable to leave her family and school, as well as later take advantage of her family financially as he did not provide financial support for Ms. Fuller and their children, which resulted in Ms. Fuller forming the belief that she was a "ruined" woman in Filipino society.

13.     Ms. Fuller had provided other information to the probation officer related to paragraph 71 of the PSI that because she was an unmarried woman with two young children and did not want to burden her parents financially, she sought help from relatives in looking for a job. An aunt advised Ms. Fuller that given her circumstances she should take a job at another relative's "nightclub" near the U.S. Naval Base at Subic Bay in the Philippines. This same aunt informed her that it would give her an opportunity to meet a foreigner (American serviceman) who could take care of her and her children, but until then Ms. Fuller worked as a "cashier" and sent money to her parents to support her two children. Ms. Fuller had also indicated that the problems which led to her divorce from Mr. Owens included his difficulty holding onto a job and his frequent partying with friends , and her worries about sending money to support her family in the Philippines.

14.     Paragraph 72 of the PSI indicates that Ms. Fuller's daughter, "Gemma was arrested in the Philippines on drug charges." This is not true according to Ms. Fuller insofar as she knows, nor does she recall providing that specific information to the probation officer.

1  Although it is possible that the probation officer misunderstood or heard her incorrectly as
2  English is her second language.

3      15.    With regard to paragraph 73 of the PSI, Ms. Fuller provided related information
4  that her second husband, Gerald Fuller, was ten years older than her, and that she caused their
5  separation by being inattentive to him, which in turn caused him to have an affair with another.
6  Ms. Fuller has assumed that he divorced her when she left him and eventually met Mario
7  Mercader (co-defendant and primary ring leader or mastermind of the conspiracy to import and
8  sell illegal drugs on Guam who has yet to be extradited from the Philippines to stand trial).

9      16.    Paragraph 74 of the PSI indicated that Ms. Fuller and Mario Mercader were
10 married in a civil ceremony in Manila, Philippines after they had moved to Guam in 1985. Ms.
11 Fuller eventually became convinced that marriage to Mr. Mercader was not legitimate under
12 Filipino law because she later learned that he had deceived her because he had previously been
13 married in the Philippines, but she still wanted to be with Mr. Mercader because she loved him
14 and they had a child together even though he had left her for another. More importantly,
15 however, Ms. Fuller believes that she either mis-spoke or misunderstood the inquiry that led to
16 the statement that "Mr. Mercader completely severed ties with the defendant on January 1996
17 and has had no contact since that time." While it is true that Mr. Mercader would not have Ms.
18 Fuller and their daughter, Rosemarie, live with him or have direct person to person contact with
19 him at that time, there was indirect contact with him through relatives or his cohorts or through
20 the telephone, but eventually Mr. Mercader completely abandons them to live on their own.

21     17.    In paragraph 75 of the PSI, Ms. Fuller believes that she may have misunderstood
22 the probation officer because contrary to the statement therein that "[t]he defendant stated that

1  she is not on any medication," the Department of Corrections has allowed Ms. Fuller to receive

2  medication (Clonidine twice a day)for her high blood pressure, a condition she has had for a few

3  years.

4      18.    Ms. Fuller respectfully submits that with respect to paragraphs 78 and 81of

5  the PSI, she would like to point out that she had been a production specialist with the National

6  Semi-conductors company in California where she both operated and trained others to operate

7  their machinery sometime between 1982 and 1986 (average annual income then was over

8  $20,000, See paragraph 82 of the PSI).

9      18.    Paragraph 86 of the PSI states that the Total Base Offense Level is  41 and the

10  advisory guideline imprisonment range is 324 months to 405 months.   Ms. Fuller submits that

11  under the applicable 1998 sentencing guidelines the "Total Offense Level" is thirty-eight (38),

12  and with a Category I Criminal History, the advisory imprisonment range is 235 months to 293

13  months.

14      19.    A true and correct copy of additional written information provided by Mr.

15  Edita I. Fuller  to the U.S. Probation Office is attached herein as Exhibit A

16      Dated: Hagatna, Guam, May 12, 2006.

17

18

19                                 PHILLIP J. TYDINGCO
                                   Attorney for Defendant
                                   MS. EDITA I. FULLER

20

21

22

Page 6 of 6

①

MY NAME IS EDITA CORONADO ILANG FULLER WAS
BORN IN THE PHILIPPINES ON ███████████ MOTHER'S
NAME WAS FORTUNATA CORONADO AND MY FATHER'S
NAME WAS ANGEL ILANG. AS I'D BEEN TOLD MY
MOTHER WERE SICK (TUBERCULOSIS) I DIDN'T ABLE
TO REMEMBER HER AT ALL. SHE PASS AWAY AT THE AGE
OF 25 YRS. OLD (AS THEY SAY) I'M NOT EVEN 1 YR. OLD I
GUESS. MY FATHER WAS AN ACCOUNTANT HAD A JOB AND
A VERY GOOD FATHER. I DON'T KNOW IF HOW LONG BEFORE
HE DECIDED TO GET MARRIED AGAIN. BUT I KNOW THAT
HE'S JUST THINKING ABOUT ME. DIFFERENT RELATIVES,
ARE THE ONES THAT WATCHING OVER ME (BABYSITTING)
WHILE MY FATHER GOES TO WORK, HE DECIDED TO MARRY
MY MOTHER'S FIRST COUSIN HER NAME IS ADELA CASTILLO
AND UP TO NOW SHE'S STILL LIVING. OUR ADDRESS IN THE
PHILIPPINES IS 760 E. PANTALEON ST. HULO MANDALUYONG
CITY (METRO MANILA) PHILIPPINES. I HAVE TWO SISTER'S
(ELIZABETH AND WILHELMINA) AND ONE BROTHER (WILFREDO)
FROM MY STEPMOTHER ADELA. MY STEPMOTHER TAKE
GOOD CARE OF ME TREAT ME AS HER OWN DAUGHTER.
I WENT TO SCHOOL KINDERGARDEN FOR ONE YEAR I
THINK; THEN ELEMENTARY FOR SIX YRS. 4 YRS. IN
HIGH SCHOOL, IN COLLEGE (IRREGULAR) DIDN'T GRADUATE,
HAD PROBLEM WITH MY MIDDLE NAME. BECAUSE I KEEP
USING MY STEPMOTHER'S LAST NAME INSTEAD OF
MY REAL MOTHER. MY FATHER AND MY STEPMOTHER
DIDN'T EVEN (BOTHER?) OR WHAT ELSE

R.

CAN THEY DO. THAT'S WHY IF ANYONE LIKE TO CHECK
MY RECORD IN SCHOOL MY NAME THAT'S REGISTERED
WILL BE EDITHA (I USED TO PUT (H) WITH MY NAME
BEFORE) CASTILLO ILANG NONE OF MY PARENTS
CORRECTED ME. MY STEPMOTHER AS I REMEMBER
IS VERY TOUGH AND STRONG WOMAN ALSO STRICK
ON US (CHILDREN). EACH ONE OF US HAVE TO DO OUR OWN
CHORES AT THE HOUSE. SHE IS VERY CLEAN PERSON.
WE CANNOT HAVE FRIEND'S. OUR ITENERARY WERE: GO
TO SCHOOL THEN STRAIGHT BACK HOME AFTER SCHOOL
IF WE GET HOME LATE WE GET SCOLDED. DURING SUNDAY
WE ALL GO TO CHURCH IN THE MORNING; AT NIGHT
TIME EVERY SIX O'CLOCK WE SAY THE ROSARY AND
PRAY. WE LIVED A SIMPLE AND HAPPY LIFE. WHEN
I IN MY HIGH SCHOOL DAYS I MET THIS BOY HIS NAME
IS ROLANDO WE CALLED HIM ROLLY HE LIKE ME. AND START
ASKING ME IF HE CAN VISIT ME AT HOME AND I TOLD
HIM THAT I DON'T THINK SO I EXPLAIN TO HIM WHY.
HE DIDN'T SAY ANYTHING. ONE DAY HE JUST WENT
ALONG WITH ME; RODE WITH ME IN THE JEEPNEY (TRASPORTATIO
AND WENT WITH ME. I WAS SO SCARED, I DON'T KNOW
WHAT TO DO BUT TO MY SURPRICE MY STEPMOTHER
ACCEPTED HIM AND TALK TO HIM TELLING HIM THAT
WE DON'T NEED TO RUSH ON THINGS, THAT WE NEED
TO THINK ABOUT OUR FUTURE ETC. AND SHE LET
HIM VISIT ME ON WEEKENDS. EVERYTHING WENT
FINE. IT'S JUST LIKE WE HAD A MUTUAL UNDERSTANDIN
LATTER ON BEFORE GRADUATING IN HIGH SCHOOL

3

WE BECOME STEADY (BOYFRIEND-GIRLFRIEND) WE'RE
BOTH HAPPY IN OUR GRADUATION. Started talking about
WHAT SCHOOL WILL GO FOR COLLEGE. RUDLY WAS GOOD
IN SCHETCHING HE LIKE TO TAKE UP ARCHITECTURE
HE WENT TO SCHOOL AT FEU (FAR EASTERN UNIVERSITY)
AND ME I LIKE TO TEACH. I ENROLLED AT ARELLANO
UNIVERSITY IN LEGARDA, MANILA. MY COURSE
IS (B.S.EED) BACHELOR OF SCIENCE IN ELEMENTARY
EDUCATION. IN THE BEGINNING OF OUR SCHOOL DAYS
EVERYTHING WENT FINE, EVENTHOUGH MY BOYFRIEND
AND I WERE IN DIFFERENT SCHOOL, HE STILL MAKE
SURE TO SEE ME AND PICK ME UP AFTER SCHOOL.
WE TRIED TO GET OUR SCHEDULE THE SAME SO
WE WONT HAVE PROBLEM. IT WORKED FOR AT LEAST
TWO YRS? (NOT SURE) THE HE STARTED MESSING UP.
I GUESS NEW OR BAD FRIENDS INFLUENCING HIM
I REALLY DONT KNOW. BUT HE BEGUN TO NOT PICK
ME UP AFTER SCHOOL, WHILE HE BEING STOOD UP
OUTSIDE THE SCHOOL WAITING TILL CAN'T
REMEMBER ANYMORE HOW LONG, DECIDE TO
GO HOME WITHOUT HIM. THIS REALLY MAKE ME
UPSET. I TRIED TO CONFRONT HIM WHY, WHATS
WRONG I ASKED HIM, HE'LL JUST IGNORE ME,
I TRIED ALSO TO BREAK UP WITH BUT HE DONT WANT
TO. SO I SAID TO MYSELF OKEY GIVE HIM ANOTHER
CHANCE. THE SITUATION WENT BACK TO NORMAL AGAIN
PICKING ME AFTER SCHOOL ETC. IT DIDN'T LAST THOU
HE START DOING IT AGAIN. WHATEVER IT IS I REALLY

DONT KNOW, TILL I FOUND OUT FROM ONE OF HIS FRIEND
THAT HE'S SEEING ANOTHER GIRL, I GOT SO MAD AND I
CONFRONTED HIM BUT HE JUST LIED TO ME NEVER
ACCEPTED WHAT I'M ACCUSING HIM. SO I THINK TO
MYSELF BE IT. THIS HURTS ME SO MUCH, I START MESSING
UP WITH MY STUDIES I DIDN'T TELL MY PARENTS. I BEGIN
TO LOOK FOR WHAT I CAN DO TO GET BACK AT HIM. ONE DAY
WHILE I'M WAITING FOR MY BOYFRIEND (HE PROMISE ME
THAT FOR SURE HE'LL TAKE ME HOME THAT DAY) OUTSIDE
THE SCHOOL. THERE IS THIS BUS. STOP IN FRONT OF
ME AND ASK ME (TO HOP IN) WHERE I'M HEDDING AND
I TOLD HIM; HE SAID THAT'S WERE HEDDING AND HE SAID
IT'S KINDA LATE NOW FOR YOU BEING THERE BY YOURSELF
I FIGURED HE'S RIGHT SO I SAID OKEY. THE BUS HE WAS
DRIVING IS A (TRANSPORTATION BUS). ON THE WAY HOME
THE DRIVER START ASKING ME QUESTIONS ABOUT
MY NAME AND SOME OTHER THINGS I CAN'T THINK OF
RIGHT NOW. ANYWAY I FOUND OUT THE NEXT DAY THAT
MY BOYFRIEND DIDN'T SHOW UP. THAT NIGHT. I'M
SO MAD AT HIM. I'M LOOSING ALL MY CONCENTRATION
ABOUT MY STUDIES BECAUSE OF HIM. HATING HIM
AND ALL. I BEGIN TO THINK AND PLAN WHAT I
CAN DO TO GET BACK AT HIM. EVERY DAY I
STILL EXPECT HIM TO SHOW UP AFTER SCHOOL
BUT HE NEVER DID. I NOTICED EVERY TIME THAT
I'M WAITING FOR HIM THIS BUS AND THE SAME
DRIVER WILL BE RIGHT THERE SAME TIME

TIME, I DIDN'T KNOW THAT THE BUS DRIVER LIKE ME TILL HIS CONDUCTOR TELL ME SO. WELL I SAID TO MYSELF I GUESS THIS IS IT MY REVENGE FOR MY BOYFRIEND. WITHOUT MY PARENTS KNOWLEDGE I'M DOING ALL THIS CRAZY THINGS. I GOT HOOKED WITH THIS BUS DRIVER. I'M NINETEEN YRS. OLD AT THAT TIME MY MIND IS SO CONFUSED AND TROUBLED DON'T KNOW WHAT TO DO, LATER ON THIS BUS DRIVER ASKED ME IF I WILL GO WITH HIM I WAS SO SCARED, ASKING HIM WHY HE SAID THAT HE WOULD TAKE CARE OF ME DO EVERYTHING FOR ME WITHOUT EVEN THINKING I WENT AHEAD WITH HIM. O MY, PARENTS WAS SO UPSET DON'T KNOW WERE TO LOOK FOR ME SEARCH FOR ONE OF MY CLASSMATE AND ASKED WHERE THEY CAN FIND ME, IT TOOK MONTHS I DON'T REMEMBER HOW LONG BEFORE ME AND JUNIOR THAT'S HIS NICKNAME SHOWED UP. WE CAME UP IN THE OPEN AT HIS FRIENDS HOUSE, HIS FRIEND IS SMART MADE A LETTER FOR ME TO SIGN, MEANING I WILLINGLY WENT WITH HIM, THEY WERE AFRAID MY PARENTS WILL SUE THEM. I SIGN THE PAPERS.

MY PARENTS TAKED ME HOME THEY DIDN'T GET MAD AT ME, JUST GIVE ADVICE THAT I NEED TO LEARN DIFFERENTLY THIS TIME. THEY TALKED TO ME FOR LONG A TIME AND I LISTENED, BUT IT DIDN'T GO INSIDE MY HEAD AT THAT MOMENT I THINK I RUINED

6

MYSELF. MY FATHER GET ME A JOB WHERE HE WORKED.
WE GO TO WORK TOGETHER AND GO HOME TOGETHER.
ALL THE PEOPLE THAT WORK IN THAT COMPANY ARE GOOD
TO ME HELPING ME AND TEACHING ME WHAT TO DO.
NOTHING WORKED IN MY HEAD. EXCEPT ME THINKING
ALL THE TIME WHAT WILL HAPPEN TO ME I RUINED
MYSELF. DURING OUR BREAKFAST AND LUNCH ALL THE
EMPLOYEES NEED TO GO TO THE SECOND FLOOR OF THE
BUILDING, THE PLACE WERE WE GET SERVE OUR MEAL
AFTER EATING WE'LL HAVE TIME TO RELAX AND
GO TO THE TERRACE, WHERE I FOUND OUT LATER
ON THAT JUNIOR IS BEEN FOLLOWING ME AND MY
FATHER THAT'S HOW HE KNOWS WHERE I WORKED.
ONE TIME I'M BY MYSELF BY THE TERRACE JUNIOR
WERE OUTSIDE BY THE DOOR WAVING AT ME TO
GO DOWN AND MEET HIM. I NEED TO ACT FAST
I LOOKED AROUND IF NOBODIES AROUND AND
I FLED TO SEE HIM, HE CONVINCED ME TO GO WITH
HIM AGAIN AND HE SAID THIS TIME NO MORE TURNING
BACK, ME THINKING I'M ALREADY RUINED I AGREED
TO GO WITH HIM. MY PARENTS CAN'T DO ANYTHING
ANYMORE EXCEPT TO ACCEPT US. WE LIVED WITH
MY PARENTS. ON ████████████████ I GAVE
BIRTH TO MY SON. HIS NAME IS RICHARD WE
CALL HIM THOM. ON ███████████████ I
GAVE BIRTH TO MY DAUGHTER. HIS NAME
IS GEMMA. HEALTHY KIDS. GOOD KIDS.
I FOUND OUT LATER ON THAT JUNIOR HAVE OTHER

WERE MARRIED AND HAVE THREE CHILDREN. I FOUND OUT BECAUSE HIS WIFE WENT TO OUR HOUSE AND TALKED TO MY STEPMOTHER. MY PARENTS TALKED TO ME AND ~~ASKS~~ ME IF THAT'S HOW I LIKE TO LIVE MY LIFE. AT THE MOMENT I DON'T KNOW WHAT TO DO. DAYS AND TIMES PASS BY HE STARTED (JUNIOR) DRINKING GETTING LAZY DON'T COME HOME, NO INCOME MANY EXCUSES YOU CAN COUNT ON. ONE DAY I JUST SAID FORGET ALL THIS AND I TALKED TO MY PARENTS TO TALK TO HIM, THEN WE LET HIM GO, BUT MY PARENTS TOLD HIM THAT HE STILL CAN VISIT HIS KIDS. BEING WITH TWO CHILDREN WITH OUT A JOB IS VERY HARD I CAN'T DEPEND MYSELF AND THE FUTURE OF MY CHILDREN FROM MY PARENTS ON THAT TIME I THINK I MATURED, I WENT TO SEE MY AUNT THE SISTER OF MY REAL MOTHER. START TALKING TO HER ABOUT MY PROBLEM, HOW TO RAISE MY CHILDREN ON MY OWN, HOW TO FIND A JOB AND SO ON. MY AUNT ASKED ME IF I WOULD LIKE TO GO TO SUBIC. SHE HAVE HER HUSBAND I CAN'T REMEMBER COUSIN OR SISTER THAT OWNS A CLUB. THAT SHE CAN ASK THEM TO HELP ME OUT. SHE'S TELLING ME ALSO THAT I MIGHT GET THE OPPORTUNITY TO MEET A FOREIGNER THAT WILL LIKE ME, FOR ME AT THAT TIME THE ONLY THING THAT MATTER WERE MY CHILDREN, WE PLANNED IT AND ONE OF MY AUNT HUSBAND (NE~~PHEW~~) NEPHEW
ACCOMPANIED MYSELF ME TO GO TO SUBIC

8

NAME: EDITA CORONADO ILANG FULLER
BIRTHDATE: ███████ - AGE: 55 YRS. OLD
BIRTHPLACE: MANILA, PHILIPPINES
FATHER: ANGEL ILANG (DECEASED)
MOTHER: FORTUNATA CORONADO (DECEASED)
STEPMOTHER: ADELA CASTILLO (LIVING)
HALFSISTER: ELIZABETH
HALFSISTER: WILHELMINA
HALF BROTHER: WILFREDO
DAUGHTER: GEMMA
DAUGHTER: ROSEMARIE
SON: RICHARD
ADDRESS: ████████████████████████████
         ██████████ PHILIPPINES
SEPERATED.
SCHOOL ATTENDED:
  HULO ELEMENTARY SCHOOL - ELEMENTARY - 6YRS.
  JOSE RIZAL COLLEGE (UNIVERSITY) HIGH SCHOOL - 4YRS.
  ARELLANO UNIVERSITY - COLLEGE - (IRREGULAR)
  DIDN'T FINISH COLLEGE.
WENT TO SUBIC TO WORK, MET A MILITARY MAN, LIKED ME
AND PETITION ME AS FIANCEE. LEAVE THE PHILIPPINES ON
FEBRUARY, 1978 TO GO TO LONG BEACH CALIFORNIA. MEET
MY FIANCEE'S MOTHER AND SISTERS, WE LIVED WITH THEM
FOR A WHILE. WHEN MY FIANCEE FIND A JOB WE MOVE TO
WEST COVINA AND RENTED APARTMENT HIS MOTHER HELP
US A LOT. BUT LATER ON HE QUIT HIS JOB I GUESS
DIDN'T GET ALONG WITH SOMEONE, WE WENT BACK TO
LIVE WITH HIS MOTHER AGAIN (SAN BERNARDINO)
IF I'M REMEMBERING

YOUNGER THAN ME HIS NAME WAS CHRISTOPHER OWENS. WE HAVE TO BE MARRIED WITHIN 90 DAYS AND WE DID HAVE A CIVIL ONE AT THE APARTMENT. BEFORE, WE WENT BACK TO LIVE WITH HIS MOTHER. CHRIS (HIS NICKNAME) IS THE YOUNGEST. HIS PARENTS WERE DIVORCED. HIS MOTHER IS A NURSE AND HIS FATHER IS A LAWYER. THEIR NICE TO ME GOOD PEOPLE, I CANT REMEMBER HOW MANY MONTH WE STAYED WITH HIS MOTHER. I TRIED TO GET A JOB BUT ITS KIND OF HARD FOR ME I'M SCARED BECAUSE I'M IN A FOREIGN COUNTRY, BUT I NEED TO BE STRONG FOR MY CHILDREN. THEN I JUST RECALL THAT MY COUSIN LIVED IN UNION CITY (S.F. CALIFORNIA) I CALLED HER AND ASKED IF SHE CAN HELP ME FIND A JOB, WITHOUT HESITATION SHE TOLD ME JUST TO FLY TO SAN FRANCISCO AND SHE'LL HELP ME AND I CAN STAY WITH HER FAMILY SO I DID. LEAVING CHRIS BEHIND. WE TALKED ABOUT HIM; TO FOLLOW ME AS SOON AS HE GET AHOLD OF HIS SISTER. HIS SISTER LIVED IN CONCORD CALIFORNIA. MY COUSIN GOT ME A JOB IN A (COMPUTER) ELECTRONICS COMPANY AT NATIONAL SEMI CONDUCTOR IN SANTA CLARA VALLEY YRS - 1978 - 1985. CHRIS FINALLY GOT AHOLD WITH HIS SISTER. DECIDED TO FOLLOW ME. BUT HE STAYED WITH HIS SISTER IN CONCORD WERE HE FOUND A JOB. WE DONT HAVE ANY (TRANSPORTATION) CAR) WE ONLY MEET ON WEEKENDS; I ALWAYS TOOK THE BART TO MEET HIM IN CONCORD. BUT NO MATTER HOW WE TRIED ITS SO HARD FOR US TO MAKE ENDS MEET. SO I TRY TO GET HIM A JOB AT MY WORK. THEN HE GOT LUCKY. THEY HAVE OPENING FOR HIM

10 CHRIS AND MYSELF MOVED IN ONE OF THE APARTMENT IN
SANTA CLARA VALLEY. GOT A CAR AND LIVED NORMALLY
FOR A WHILE. LATER ON CHRIS FOUND SOME OF HIS
FRIEND FROM THE MILITARY AND STARTED PARTYING
AND MESSING UP WITH HIS JOB. ME I WORKED VERY
HARD (WORKING OVERTIME) BECAUSE I LIKED OUR
MARRIAGE TO WORK. WE EVEN MOVED TO A NICER PLACE
(APARTMENT) IN MOUNTAIN VIEW CALIFORNIA. WHILE
I'M WORKING CHRIS WILL BRING FRIENDS IN OUR
APARTMENT PARTIED 'TILL LATE, AND WHEN I GET
HOME HE'LL STILL ASK ME TO FIX THEM SOMETHING TO
EAT. CHRIS IS A GOOD PERSON BUT HE'S SPOILED BY HIS
PARENTS AND CAN'T STAY PUT IN ONE JOB. I DON'T EVEN
KNOW IF HE'S GETTING FIRED OR QUITING) IN THE END
I CAN'T TAKE IT ANYMORE AND TALKED TO HIM. THAT
WE NEED TO COOL OFF AND SEPERATE, FOR AWHILE FOR ME TO THINK
AND FIGURE OUT WHAT'S BEST FOR US. I TOOK LEAVE
OF ABSENCE FROM WORK, CALL MY UNCLE IN KENOSHA
WISCONSIN TO ASK FOR HELP, HE TOLD ME TO GO A HEAD
BUY TICKET AND FLY TO WISCONSIN, MY UNCLE'S WIFE
IS SO GOOD TO ME AND WELCOME ME AS HER OWN
RELATIVE. I ASKED THEM IF HOW CAN I GET A JOB
THERE, BECAUSE I AM (AT THAT TIME) THINKING (FOR) TO
SETTLE THERE, BUT THEY TOLD ME THAT NO ONE IS HIRING
AT THAT TIME. I CANNOT JUST NOT WORK I NEED TO FIND
A JOB, TRIED TO STAY THERE FOR A MONTH OR SO BUT
CANNOT WAIT ANY LONGER I TOLD MY UNCLE I
WILL GO BACK TO CALIFORNIA SO CAN GET BACK
TO WORK (I NEED TO SUPPORT MY KIDS & MY FAMILY)
THE ONLY REASON WHY I WENT TO THE STATES.

BEING SEPERATED FROM YOUR FAMILY IS VERY HARD
BUT I DONT HAVE ANY CHOICE ITS VERY HARD TO
GET A JOB IN THE PHILIPPINES.

NEVER GET BACK WITH CHRIS FILED BANCRUPTCY AND WE
DIVORCED. KEEP MY JOB, STAYED IN MY FRIENDS HOUSE
MET A GUY, AND MOVED IN WITH HIM, I DONT HAVE ANY
CHOICE, NEED SOMEONE TO HELP ME, I NEVER HAVE A
CAR OF MY OWN AND DIDN'T DRIVE. HIS NAME IS ROBERT
WE SHARED HIS FRIENDS APARTMENT. EVERYTHING IS
WORKING FINE, ME GETTING ALONG WITH HIS FRIEND
IS NOT BAD. THEN ALL OF A SUDDEN ROBERT STARTED DOING
THINGS (THAT'S NOT RIGHT) BEHIND MY BACK LIKE
SMOKING MARIJUANA AND DRINKING. I'd been
TALKING TO HIS FRIENDS GIRLFRIEND TRACY
IS HER NAME, SHE REALLY LIKED ME, SHE STARTED
TALKING ABOUT HER DAD (TO ME) SAYING THAT
SHE'LL INTRODUCE ME TO HIM, AND I SAID ARE
YOU CRAZY? HOW ABOUT YOUR MOM, AND SHE SAID
DONT WORRY THEY'RE DIVORCED. ROBERT IS
NOT THE RIGHT GUY FOR YOU. YOU DESERVED
BETTER. BUT OF COURSE I NEED TO THINK IT OVER,
AGAIN I'M SO CONFUSED ITS EVERYTIME I TRY
TO DO BETTER I ALWAYS END UP IN THE GUTTER.
I DONT KNOW WHAT TO DO ANYMORE. TRACY
REALLY DO LIKED ME SHE KEEP BUGGING ME
TO AT LEAST CALL HER DAD (WE DONT HAVE A PHONE)
(WE NEED TO GO TO THE LAUNDRY AREA FOR TELEPHONE)
AND TALK TO HIM. I SAID TO MYSELF OKEY THERES
NOTHING WRONG ABOUT IT SO I CALLED. WE
TALKED AND I DONT KNOW FOR HOW LONG BUT

12 . WE BEGIN TO LIKE EACH OTHER, HE ASKED
ME TO HAVE DINNER WITH HIM AND I SAID
YES. He WAS 10 yrs. older THAN ME VERY GENTLEMAN
AND I LIKED HIM A LOT. IF I AM REMEMBERING
IT RIGHT I DIDN'T GO BACK HOME THAT DAY
AND HE ASKED ME TO MOVE IN WITH HIM, HERE
I GO AGAIN, AT TIME I WAS SCARED (OF ROBERT)
CONFUSED AND TEMPTED. BUT ANYWAY I THINK ABOUT
MY CHILDREN'S FUTURE. I KNOW WITH A MAN LIKE
HIM WILL BE BETTER FOR US. HE TOLD ME THAT
HE'LL TAKE CARE OF ME AND MY CHILDREN AND
TELL ME A LOT OF GOOD THINGS. OF COURSE WHAT
WILL I DO EXCEPT TO ACCEPT HIS (PREPOSITION)
                                    PROPOSAL
I MOVED IN WITH HIM AND AFTER (3 MONTHS) NOT
SURE) WE GOT MARRIED IN RENO, NEVADA I WAS SO
HAPPY THEN. JERRY THAT'S HIS NAME HAVE 2 SONS AND
3 DAUGHTERS THEY LIKED ME. WE GET ALONG FINE.
AND I LIKE THEM ALSO. MY LIFE TURN AROUND
NEVER BEEN GOOD LIKE BEFORE. I WAS WITH HIM
FOR AROUND 5 YRS? I REALLY CAN'T REMEMBER, I THOUGHT
HE'LL BE THE LAST MAN FOR ME BECAUSE HE IS TO GOOD
TO ME. BUT I GUESS, ITS NOT HIS FAULT ITS JUST ME
BEING YOUNGER THAN HIM LIKE TO GO OUT WITH
FRIEND AND HAVE FUN, GO TO FAMILY GATHERINGS,
HE WENT WITH ME ONCE THAT'S ABOUT IT, HE
ALWAYS LET ME GO BY MYSELF TELLING ME HE
TRUSTED ME, THE WAY I LOOKED AT IT, IS WRONG BEING
MARRIED NEED TO HAVE UNDERSTANDING A
GIVE AND TAKE RELATIONSHIP. IF ITS FOR
HIS SIDE I ALWAYS OBEY HIM, I GO WITH

13

HIM TO SEE HIS FRIEND, FAMILY OR WHATEVER HE'D LIKE
TO DO I FOLLOW. HE'S A HARD WORKING MAN HE
PROVIDES FOR ALL OF OUR NEED, HELPED ME WITH MY
FAMILY. THERE'S NOTHING WRONG WITH HIM. IT'S ME
THATS HAVING PROBLEMS WANTING FOR MORE,
FOR HIM TO GIVE ME MORE OF HIS TIME BUT CAN'T
DO IT. I DID LOVED HIM AS A PERSON HE'S SO GOOD TO
ME. IN THE END I START GETTING BORED, BECAUSE
THE ONLY THING HE LIKE TO DO ESPECIALLY ON
THE WEEKENDS, GO OUT TO WATCH MOVIES AND
EAT. I MEET SOME PEOPLE FROM THE PHILIPPINES
THAT ALWAYS GO TO RENO, NEVADA. THEY ASKED
ME IF I'D LIKE TO GO. WITHOUT ASKING MY
HUSBAND (ANYWAY I ALREADY KNOW THAT HE'LL
LET ME GO) I SAID YES. THIS PEOPLE MADE A
BOOKING FOR THE TRIP. AND WE GO ON THE
WEEKEND. LATER ON I GOT HOOKED WITH THIS
GROUP AND EVERYTIME THEY CALL ME AND ASK
IF I'D LIKE TO GO, I WILL GO. ME AND MY HUSBAND
HAVING PROBLEMS ALREADY, HE CONFESS TO ME
THAT HE'S HAVING AN AFFAIRS WITH THE WIFE
OF THE OWNER METAL PERFORATING WERE
HE WORKED. THEN I FIGURED IT OUT THAT'S
HE EVEN WORK ON SUNDAY (SOMETIMES)
TO DO HIS BOSS LAWN. THAT'S IT; I ASKED
HIM TO LET ME GO, AND MAYBE IT WILL BE
GOOD FOR BOTH OF US.

I ASKED ONE OF MY FRIEND AND

CO WORKER TOO, IF I CAN STAY WITH HER FAMILY. AND I'LL SHARE WHATEVER THEY NEED IF I CAN AFFORD IT. SHE AND HER FAMILY ACCEPTED ME (NOW THINKING ABOUT MY PAST MAKES ME SICK I MESSED UP MY LIFE.) AS THE DAYS GO BY I CAN'T HARDLY WAIT FOR SATURDAY TO COME SO I CAN GO TO RENO. TILL ONE DAY I MET MARIO, HE'S A BUS DRIVER HE WORKED FOR TRANSPORTION COMPANY THAT TAKES PEOPLE (BACK AND FORTH) TO RENO I THINK EVERYDAY I REALLY DON'T KNOW I NEVER ASK HIM. BUT WOMAN THAT ALWAYS GO IN RENO THAT TAKED THEIR BUS BECAME MY FRIEND (CAN'T REMEMBER HER NAME) SHE'S THE ONE THAT INCOURAGED ME TO GO HOME WITH THEM (IN THE BUS) (INSTEAD OF ME GOING HOME WITH OUR GROUP) THAT'S WHEN I MET MARIO. HE'S THE DRIVER ON THAT BUS THAT TOOK US HOME. THE NEXT DAY WHEN I GOT HOME FROM WORK I RECEIVE A CALL FROM MY FRIEND SHE TOLD ME THAT MARIO TALKED TO HER AND ASKING A LOT OF QUESTION ABOUT ME. WOULD LIKE TO HAVE MY TELEPHONE NO. BUT SHE TOLD HIM, SHE WILL ASK ME FIRST. I ASKED MY FRIEND WHY HE WANT'S MY TEL. NO. SHE SAID THAT HE LIKE YOU A LOT. WELL I GUESS ITS OKAY TO LET HIM KNOW MY NO. SO I SAID GO AHEAD AND GIVE IT TO HIM. MARIO CALLED ME. AND NEVER MISS A DAY THOUGH I DIDN'T EXPECT IT. HE CALLED ME

ABOUT HIM AND ASKING ME ABOUT MYSELF. SINCE
THEN IT'S LIKED WE KNOW EACH OTHER FOR A LONG TIME.
HE ASK ME WHEN WILL I GO TO RENO BECAUSE HE'D
LIKE TO SEE ME AGAIN AND I SAID, YOU'LL KNOW.
THATS HOW OUR LIVES) STORY BEGIN. WE KEEP SEEING
EACH OTHER. I ASKED HIM IF HE IS MARRIED, HE
TOLD ME THAT HE JUST HAVE A LIVE-IN PARTNER
AND HE'S THINKING OF LIVING HER ALREADY.
I ASKED WHY? DIDN'T REALLY GET TO ANSWER ME.
IN THE LONG RUN WE'VE BECOME LOVERS I FEEL
IN LOVE WITH HIM AND VICE VERSA. BUT I FOUND
OUT LATER THAT I'M NOT THE ONLY ONE THAT
HE'S GOING OUT WITH (GIRLFRIEND) THERE'S LIKE SIX
OF US. I ASKED HIM ABOUT IT AND HE CONFESS TO
ME THAT HE'LL DUMPED ALL OF THEM EXCEPT ME.
BECAUSE I WAS SO IN LOVE I JUST WENT ALONG.
THE MOMENT WE GET SERIOUS ABOUT OUR
RELATIONSHIP. WE BEGIN PLANNING WHAT TO
DO. I SERIOUSLY DO TALK TO HIM AND ASK,
IF I SETTLE DOWN WITH HIM IS HE GOING TO TAKE
THE RESPONSIBILITIES THAT I HAVE WITH
MY FAMILY ESPECIALLY WITH MY CHILDREN.
(AND HE NEED TO LOVE MY CHILDREN BEFORE ME)
HE SAID YES. THAT'S ALL I NEED TO KNOW AND
THAT'S HOW I KNOW THRU HIM AT THAT TIME
EVERYTHING WILL BE FINE (I THOUGHT).
MARIB AND ME DECIDED TO MOVE IN GUAM
TO START A NEW LIFE NEED TO START A NEW LIFE NEW

16

SURROUNDING, PEOPLE, ETC. PLUS HE HAVE
ONE OF HIS BROTHER LIVING IN GUAM. MARIO
WENT TO GUAM FIRST. I JUST DONT LIKE
THE IDEA OF BOTH OF US GOING AT THE
SAME TIME. KIND OF SCARY, IT'S LIKE STARTING
ALL OVER AGAIN. HE GOT A JOB AT GIBSON. HE'S
STAYING WITH HIS BROTHER'S PLACE, CALLED ME
LONG DISTANCE.

WE TALKED AND PLAN FOR ME WHEN TO FOLLOW,
I STILL NEED TO WORK FOR A WHILE I TOLD HIM.
BECAUSE I DON'T WANT TO GO WITHOUT A LEAST
A LITILE SAVINGS WITH ME. BEFORE CHRISTMAS
YEAR 1985 I WENT TO GUAM. WE SPEND OUR CHRISTMAS
TOGETHER WERE VERY HAPPY SO IN LOVE AT THAT
TIME. FOR ME I NEVER BEEN REALLY IN LOVE FOR IN
MY LIFE EXCEPT WITH HIM. EVEN UP TO NOW I
STILL LOVE HIM (AFTER ALL THE BADTHINGS HE'D DONE
TO ME AND HIS DAUGHTER). WE LIVED A HAPPY LIFE,
JANUARY OF 1986 I GOT PREGNANT.

WERE JUST RENTING A SMALL PLACE (LIKE AN
EXTENSION OF A HOUSE). MARIO TRIED TO GET A SECOND
JOB BECAUSE THE MONEY THAT HE'S MAKING IS NOT
ENOUGH. ME BEING PREGNANT, WILL BE HARD FOR US
TO MAKE ALL THE OBLIGATION THAT WE ARE FACING.
HE WONT LET ME GO TO WORK. HE THEN WAS VERY
JEALOUS OF ME. HE GOT HIRED AT LAM LAM TOURS
(TRANSPORTATION BUS FOR TOURISM). MARIO WORKED
VERY HARD. OVERTIME HE'S VERY GOOD TO ME AND MY

FAMILY. HE'S A VERY CARING, LOVING, YOU CAN NAME PERSON
IT ALL AT THAT TIME. HE REALLY TOOK CARE OF ME.
I HAVE MY DAUGHTER ON ████████████████ AT GMH.
DIDN'T ABLE TO BRING HER HOME WITH ME, WHEN
I GOT RELEASED, BECAUSE SHE GOT JAUNDICE AND
NEED TO BE WATCH AND BE INSIDE THE INCUBATOR
FOR FEW DAYS. WE CANNOT AFFORD THE HOSPITAL
BILL AT THE TIME. WE APPLIED FOR I CAN'T REMEMBER
IF IT WAS MEDICARE INSURANCE. MY BABY GOT
WELL AND WE TOOK HER HOME. I'M NOT USE TO NOT
HAVE HELP RAISING A BABY (MY STEPMOTHER IS ALWAYS
THERE FOR ME IN THE PHILIPPINES) BUT ANYWAY I DID
MY BEST TO RAISE MY DAUGHTER. WHILE MY DAUGHTER'S
GROWING UP I TRY WORKING I WORKED FOR WINCHELL'S
FOR A WHILE THEN LATER ON AT DUTY FREE.
ITS SO HARD FOR ME WORKING AND CARING AND
WATCHING FOR MY FAMILY AT THE SAME TIME. ME
AND MARIO WILL TAKE TURN WATCHING FOR OUR
DAUGHTER. LATER ON MARIO TOLD ME THAT HE'D LIKE TO
APPLY AT LSG I ASKED HIM WHAT'S LSG AND HE SAID
ITS A COMPANY THAT LOAD FOOD FOR AIRPLANES AND
HE'LL MAKE GOOD MONEY. SO HE QUIT HIS JOB AT
GIBSON WHEN HE GOT THE JOB (AT LSG). AT THAT
TIME I'M NOT WORKING ANYMORE. MARIO WORKED
DIFFERENT SHIP. EVERYTHING AT THAT TIME ARE GOING
FINE, WE'RE A HAPPY FAMILY. WE GO OUT TO EAT WHEN
MARIO HAVE TIME (DAY OFF) TO TAKE US OUT.

18

EXTENSION HOUSE (WE USED TO RENT) WE GOT TO
MOVED AT THE MAIN HOUSE BECAUSE THE OWNER
OF THE HOUSE DECIDED TO SELL THE HOUSE.
THE PEOPLE THAT BOUGHT THE HOUSE WERE THEIR
FRIENDS AND NEIGHBOR, THAT'S THE REASON WHY
WE HAVE THE FIRST CHANGE TO GET THE MAIN
HOUSE BEFORE THEY CAN PUT A RENT SIGN ON
IT, LATER ON THE OWNER START TALKING ABOUT
RENOVATING THE HOUSE (THE HOUSE IS KINDA OLD
NEED SOME FIXING). SO WE START LOOKING FOR
ANOTHER PLACE TO STAY. GOT LUCKY WE FOUND
A DUPLEX NEARBY. I ASKED MARIO IF WE CAN
AFFORD IT AND HE SAID HE'LL DO HIS BEST TO
GIVE US WHAT HE CAN) AND GIVE US A GOOD PLACE
TO LIVE. I TALKED TO THE OWNER OF THE HOUSE
(DUPLEX) AND WE MOVE (AS SOON AS POSSIBLE)
AFTER THE OWNER APPROVE OF US (TO RENT).
SINCE WE MOVED IN THIS HOUSE EVERYTHING
SEEM'S GOING SO GOOD TO US MARIO'S GETTING
A LOT OF OVERTIME PLUS TIPS FROM THE
JAPANESE (THAT'S WHAT HE KEEP'S TELLING ME).
AND I START SAVING MONEY, I'M THINKING OF
GOING BACK HOME TO THE PHILIPPINES (WHEN
I GET OLDER I LIKE TO BE WITH MY FAMILY)
BUT THING'S DIDN'T GO WELL, AROUND YEAR
1995 MARIO STARTED MESSING UP, I GUESS
BEING (AROUND) WITH YOUNGER ONES AROUND
HIM (GIVES HIM A LOT OF TEMPTATIONS) TO

19

DO CRAZY THINGS. HE BEGIN BY NOT STAYING
HOME ALWAYS MAKING EXCUSES AND EVERYTIME
HE'S HOME THE WAY I SEE AND NOTICING IS, HE'S
NOT HIMSELF ANYMORE (LIKE A DIFFERENT PERSON)
I'M GETTING WORRIED, I ASKED HIM WHY
HE'S SO DIFFERENT HE'LL TRY TO TELL ME
THINGS THAT DON'T MAKE SENCE. I'LL BEGINNING
TO WORRY. I TRYED ASKING HIS FRIEN'S (WHEN
THEY COME TO THE HOUSE) IF THEY KNOW WHAT'S
HAPPENING TO MARIO OR IF HE HAVE ANY
PROBLEM'S BUT THEY CAN'T ANSWER ME. I DON'T
KNOW WHAT TO DO, THEN ONE TIME ONE OF HIS
FRIEND COME TO THE HOUSE (HE CALL'S ME AUNTIE)
I START ASKING HIM QUESTIONS (I'M ALREADY CRYING
AT THE TIME) I GUESS HE FELL SORRY FOR ME AND
SO HE START TELLING ME ABOUT WHAT'S MARIO'S
DOING. HE SAID THAT MARIO IS HAVING AN
AFFAIR WITH A WOMAN AND I ASKED HIM IF
HE KNOW'S HER NAME (IN THE BEGINNING HE DON'T
WANT TO TELL ME BUT I GUESS, HIS CONSCIENCE
TELL'S HIM SO) AND HE DID TELL ME (HER NAME
IS DARLENE SAN NICOLAS) I CAN NEVER FORGET
HER NAME SHE RUINED MY FAMILY (ESPECIALLY
MY DAUGHTER). LATER ON I DON'T KNOW CAN'T
REMEMBER WHEN BUT PART OF YEAR 1995
MARIO DIDN'T COME HOME ANYMORE. I KEEP

HIM

AT WORK BUT NEVER (RETURN) OR CALL ME BACK.
I BEG HIS FRIEND'S ( WHEN THEY COME TO MY
HOUSE) TO TELL HIM TO PLEASE COME HOME OR
AT LEAST CALL ME. I KNOW ALSO AND I CAN
FEEL THAT HE'S JUST SENDING HIS FRIEND'S
AT MY HOUSE TO CHECK ON US? (I'M NOT SURE
EITHER). EVERY MORNING I'M HAVING A HARD
TIME GETTING UP TO SET MY DAUGHTER TO
GO TO SCHOOL WE NEED TO GET UP LITILE BIT
EALIER SO WE CAN MAKE IT ON HER TIME.
I DON'T DRIVE SO WE NEED TO WALK GOING
TO SCHOOL AND BACK HOME. ME AND MY DAUGHTER
HAVE A HARD TIME ESPECIALLY WHEN IT'S RAINING
MARIO DIDN'T REALLY SEE US ANY MORE. ONE
DAY WHEN ONE OF HIS FRIEND SHOWS UP I TOLD
HIM TO TELL MARIO I DECIDED TO GO BACK TO
THE PHILIPPINES, AND PLEASE TELL HIM ALSO
THAT I DON'T KNOW WHAT HE'S UP TO.

TRUTHFULLY MY MIND AT THAT TIME IS
SO MESSED UP I FEEL MISERABLE AND DON'T KNOW
WHAT TO DO I JUST WANT TO BE WITH MY
FAMILY. ONE DAY I DECIDED TO GO TO MY DAUGHTER'S
SCHOOL AND TALKED TO THE PRINCIPAL.

THE PRINCIPAL THEN TRIED TO CONVINCE ME
TO LET MY DAUGHTER FINISH 3RD GRADE
(ONLY 5 MORE MONTHS TO GO) BUT I SAID I CAN'T

21

I NEED TO WAIT FOR ALL THE NECESSARY PAPERS FROM MY DAUGHTER'S SCHOOL BEFORE WE CAN GO.

FINALLY ALL THE THINGS THAT WE NEED ALREADY TAKEN CARED OFF. MARIO TELL HIS FRIEND (OR CALL ME?) I CAN'T REMEMBER TO BUY 3 TICKETS GOING TO THE PHALIPPINES (THAT MEANS HE'S GOING WITH US) OF COURSE I GET SO EXCITED AND HAPPY, I CAN'T WAIT TO SEE HIM.

BEFORE THE DAY (WE SUPPOSE TO LEAVE) I'M EXPECTING HIM TO BE HOME, BUT INSTEAD ONE OF HIS FRIEND CAME TO THE HOUSE AND TELL'S ME THAT MARIO CAN'T GO HOME, BUT FOR SURE HE'LL BE AT THE AIRPORT AT THE TIME WE SUPPOSE TO LEAVE. AGAIN I BELIEVED.

THE FOLLOWING DAY ME AND MY DAUGHTER WERE SO EXCITED (THINKING ABOUT SEEING MARIO AGAIN AND OF COURSE GOING TO P.I.) CAN'T HARDLY WAIT TO SEE MY FAMILY. BUT ANOTHER DISSAPOINT- MENT ESPECIALLY ON MY DAUGTHER'S SIDE MARIO DIDN'T SHOW UP. I AM SO MAD AT HIM AT THAT TIME.

YOU KNOW IT'S SO HARD FOR ME EXPLAINING TO MY DAUGHTER (I NEED TO GIVE EXCUSES FOR HIM) WHY HE'S NOT COMING WITH US. IT HURT ME SO BAD, CAN'T DO ANYTHING.

I DON'T KNOW WHERE HE IS, DON'T KNOW WHAT TO DO.
WE WENT TO THE PHILIPPINES WITHOUT HIM.

AS SOON AS WE ARRIVED MY SISTERS TELLS
ME MARIO CALLED AND SAID SORRY HE DIDN'T
ABLE TO GO (SOME PROBLEM HE'S INTO) NOW I
KNOW WHAT PROBLEM IS THAT HIS GIRLFRIEND
DON'T WANT HIM TO GO.

MARIO TOLD MY SISTER THAT HE'LL JUST
KEEP IN TOUCH.

ME AND MY DAUGHTER WENT TO P.I. JANUARY YEAR
1996. FINALLY I HEARD FROM MARIO I CAN'T
REMEMBER WHEN, HE ASKED ME IF WERE OK (OF
COURSE I GET MAD AT HIM AND ARGUE WITH HIM)
BUT HE'S SO GOOD TALKING HIS WAY OUT OF WHAT HE'D
DONE TO US. GIVING AND TELLING ME ALL GOOD
PROMISES (THAT I BELIEVED AGAIN I'M SO BLINDED
WITH MY LOVE FOR HIM, I WANT HIM BACK).

HE SAID THERE'S A FRIEND OF HIM THAT
GOING TO P.I. AND HE'D LIKE ME TO SEE THEM AT
THE AIRPORT. MARIO WANT'S ME TO HELP
THEM SETTLE IN A HOTEL (HE SAID HE'S FRIEND)
HE'S FRIEND NEVER BEEN IN P.I. FOR A WHILE
THEY NEED SOMEONE TO GUIDE THEM. I SAID
OK NO PROBLEM. LATER ON MARIO MARIO CALLED
ME AGAIN AND ASK IF HE'S FRIEND MADE
IT I SAID YES THEY ALREADY SETTLED

23

HOTEL.

ABOUT FEWDAYS BEFORE HIS FRIENDS GO
BACK TO GUAM MARIO CALLED ME BACK AND
TELLS ME THAT ONE OF HIS (FRIEND IN THE
PHIL. I THINK HIS NAME IS AMBET) WILL COME
BY TO MY PLACE (HOUSE) TO GIVE ME A PACKAGE
THEN I WILL GIVE IT. TO HIS FRIEND'S THAT GOING
BACK TO GUAM (AND HE TOLD ME AGAIN AT THAT
TIME THAT HE'LL BE WITH US SOON I SAID OK.

THEN AS USUAL DAYS PASS BY NO
MARIO COMING HOME.

I TOOK CARE OF MY DAUGHTER SCHOOL,
I NEED TO START SOMEHOW A NEW LIFE
FOR ME AND MY DAUGHTER.

I DONT KNOW HOW MANY TIMES THIS
MATTER OCCURS (MEANING FRIEND OF
MARIO GOING TO P. I).

MARIO DIDNT CALL ME ANYMORE.
SOMETIMES HIS FRIEND WILL JUST
TELL ME WHAT MARIO'S TELLING THEM
TO (RELAY) PASS ON IT. TO ME.

I KEEP ASKING HIS FRIEND WHERE
IS HIM AND WHAT'S GOING ON. TILL I
DISCOVERED THAT I'D BEING USED
FOR DRUGS.

I TRIED TO GO, NO I DIDNT TRY
I WENT BACK TO GUAM FEW TIMES

2⋁

TO LOOK FOR HIM ASK HIS FRIEND (I LIKE TO TALK TO HIM AND SAVE OUR LIVES, OUR FAMILY AND OUR RELATIONSHIP) BUT I GUESS HE REALLY DON'T LIKE TO SEE ME.

FINALLY I JUST CAN'T AFFORD IT ANY-MORE (TO FLY). I TRY CONTACT HIS AUNT'S NUMBER ASKED HER IF HE KNOWS WHERE'S MARIO, SHE SAID SHE DON'T KNOW (I DON'T BELIEVE HER)

LATER ON I KEEP HEARING FROM MY RELATIVES THAT MARIO HAVE HORSES (RACING HORSES) AND MANY OF THEM. THAT'S HOW I PUT THINGS TOGETHER THAT HE'S IN THE PHIL. I KEEP TRYING TO GET A HOLD OF HIM BUT I CAN'T. I DON'T KNOW WHERE TO LOOK.

MY FAMILY IS ALWAYS WITH ME EVERY TIME TO COMFORT ME AND MY DAUGHTER HELPING ME WITH ALL THE HEARTACHES. IF IT'S NOT FROM THEM I DON'T KNOW WHERE I'M GOING TO BE. ME AND MY DAUGHTER MADE IT THRU. MY DAUGHTER FINISH ELEMENTARY, THEN HIGH SCHOOL.

IT WAS SO HARD FOR ME WHAT HAPPENED TO MY DAUGHTER, BEFORE SHE EVEN GRADUATE HIGH SCHOOL SHE GOT PREGNANT. I'M SO HURT BUT I CAN'T DO ANYTHING. BUT I LET HER FINISH HIGH SCHOOL.

I CALLED MARIO'S AUNT AGAIN AND TOLD HER WHAT HAPPENED TO MY DAUGHTER SHE

ADVICE ME IN CASE THAT I TALK TO MARIO
DONT TELL HIM THAT HIS DAUGHTER IS PREGNANT
I ASKED HER WHY AND SHE SAID MARIO MIGHT
DO SOMETHING (TO THE BOYFRIEND WHO GOT MY
DAUGHTER PREGNANT) BAD. I ASKED AUNTIE
DELIA (THAT'S HER NAME) THAT I REALLY NEEDED
HELP FOR MY DAUGHTER BEING PREGNANT
ITS SO HARD FOR US. BUT STILL NO ANSWER
WHERE MARIO IS.

TIME HAS ARRIVED FOR MY DAUGHTER TO
DELIVER THE BABY (~~▓▓▓▓▓▓▓▓▓▓~~) I TOOKED
HER TO A CLINIC CLOSE BY WHERE I LIVE.
SHE HAVE A BABY GIRL. I TRIED CALLING
AUNTIE DELIA. LUCKILY AT TIME SHE TOLD
ME THAT MARIO FINALLY (CAN'T REMEMBER) CALL
OR SHOWED UP. AUNTIE DELIA TOLD MARIO THAT
(MY) OUR DAUGHTER NEEDS HELP, NEED TO GO TO
THE HOSPITAL BECAUSE OF HEMORRAGE AND
NEED TO BE CONFINE ETC. (WHITE LIE). I CALLED
AUNTIE DELIA BACK AND SHE SAID THAT
TO COME OVER AND SHE CAN GIVE ME SOME
MONEY TO HELP US. I ASKED HER IF I CAN
SEE OR TALK TO MARIO SHE SAID TO CALL
HER BACK, AND SHE'LL TRY TO ASK MARIO
IF HE'LL SEE ME.

THE NEXT DAY I CALL AUNTIE DELIA
AND LUCKILY MARIO WERE AT HER HOUSE

WE TALKED (AND ME I JUST FORGET AND FORGIVE
HIM FOR WHAT HE DID FOR US I SURRENDER,
EVERYTHING TO GOD) ABOUT HER DAUGHTER
GET A DAY WHEN CAN HE SEE US.

NOT KNOWING THAT HIS DAUGHTER JUST
DELIVERED A BABY. WE DECIDED TO MEET ONE
WEEK AFTER. BUT BEFORE IT HAPPENS, ONE DAY
THERE'S (4) FOUR MEN CAME TO WHERE I LIVE
760 E. PANTALEON, HILO MAND. PHIL. THEY ARE
NBI AND THEY ASKED ME TO GO WITH THEM, ONE
OF THEM IS SO ROUGH HOLDING ME SO TIGHT
AND I ASKED HIM POLITELY IF IT IS NECESSARY
FOR HIM TO DO THAT I EVEN TOLD HIM I'M
NOT GOING TO RUN (BECAUSE I REALLY
DON'T KNOW WHAT'S GOING ON) SO HE TAKE OFF
HIS HANDS FROM GRIPPING MY ARM.

AS SOON AS WE GET TO THEIR OFFICE
I ASKED THEM PLEASE WHATEVER IT IS NO
MEDIA, NO TV, NO NEWSPAPER, I WAS SO WORRIED
ABOUT MY DAUGHTER SHE JUST DELIVERED A
BABY. ONE OF THE NBI PERSON PUT ME IN THEIR
DIRECTOR? OFFICE. SO I CAN AVOID IF THERE'S
(ANYBODY) A MEDIA PEOPLE ARROUND.

THE NBI PERSON TELLS ME THAT I NEED
TO WAIT FOR IMMIGRATION PEOPLE THEY WILL
COME TO TALK TO ME. WHEN THEY ARRIVE
THEY ASK ME (SORTH OF) QUESTIONS LIKE

HOW LONG I'D BEEN IN THE PHILIPPINES AND I CAN'T REMEMBER WHAT ELSE, THEY TOLD ME THAT THEY NEED TO SEND ME BACK BECAUSE I OVERSTAYED IN THE PHIL. THEY ALSO TELL ME THAT AFTER THEY TALK TO ME, ONE SPECIAL AGENT IS WITH THEM TO ASK ME QUESTIONS ALSO.

WHEN THE IMMIGRATION PEOPLE WERE DONE WHAT THEY NEED FROM ME, THE SPECIAL AGENT IF I'AM REMEMBERING IT RIGHT HE TOLD ME HE HAVE FILIPINO BLOOD IN HIM. DIDN'T REALLY REMEMBER HIS NAME (TILL HE SHOWED UP IN THE COURT IN GUAM) SPECIAL AGENT BABASA I'M STILL NOT SURE ABOUT THE SPELLING. HE FIRST THEN ASKED ME WHERE MARIO IS I TOLD HIM I DONT KNOW. HE I THINK GAVE ME HIS CALLING CARD AND TELLS ME
                    SOMETHING TO TELL
THAT IF I HAVE OR LIKE TO TALK TO HIM I CAN CALL HIM UP. (HE SAID THAT THEY BEEN LOOKING FOR US)

AT THE MOMENT MY MIND IS SO CONFUSE WHAT'S GOING ON. NBI DETAINED ME FOR 9 OR 10 DAYS I DONT REMEBER. AFTER, I DONT KNOW HOW MANY DAYS, ONE SPECIAL AGENT COME TO TALK TO ME. (BUT BEFORE THEN MY OLDEST DAUGHTER TOLD ME THAT I'VE BEEN IN THE NEWSPAPER. I WAS CRYING AND WORRIED FOR MY YOUNG DAUGHTER THAT DELIVERED THE BABY

28

WHEN THE SPECIAL AGENT START TALKING TO ME AND
ASKING ME ABOUT MARIO I SAID I REALLY DONT
KNOW, HE STARTED TELLING ME THINGS THAT
CAN HELP ME (CANT REMEMBER EXACTLY WHAT
IT IS BUT I KNOW ITS FOR MY OWN GOOD) HE
EVEN SAY THAT IF I CAN TELL HIM WHERE MARIO
IS HE'LL GIVE MY DAUGHTER ($5,00.) THEN I STARTED
CRYING BECAUSE MY DAUGHTER CAN REALLY USE
THE MONEY. THE ONLY THING THAT I TOLD HIM
IS WHY THAT WHEN I ASKED THE NBI PEOPLE
NOT TO PUBLICEE MY NAME (BUT IT DID HAPPEN)
THEY JUST LOOK AT EACH OTHER.

AND MY DAUGHTER ALREADY WENT TO
SEE HER FATHER THEN THE NEWPAPER,
EVERYTHING GOT MESSED UP.

I EVEN TRIED TO CONVINCE THE
AUNT OF MARIO THAT ITS NOTHING JUST
ME BEING DEPORTED. BUT SHE TOLD ME
NOT TO CALL HER ANY MORE, AND THATS
ABOUT IT.

I ASKED MY OLDER DAUGHTER TO
CALL HER TOO BUT SHE TOLD MY DAUGHTER
HE WENT TO DAVAO I KNOW IT WAS A LIE
BUT WHAT ELSE I CAN DO.

ME AND MY YOUNGEST DAUGHTER JUST
KEEP CRYING EVERYTIME WE TALKED,
ME WORRIED ABOUT HER AND HER LIKEWISE.

29

AND WHEN THE DAY COMES THAT I NEED TO
BE SEND TO GUAM, I DIDN'T EVEN ABLE
TO SEE MY BABY AND HER DAUGHTER IT
ALMOST KILLED ME I LOVE HER SO MUCH.
ME NOT KNOWING WHEN TO SEE MY CHILDREN
AGAIN.

RIGHT NOW WHILE I'M WRITING THIS AUTOBIOGRAPHY
I CAN ONLY SAY THAT WHATEVER MISTAKES I
MADE I'AM REALLY SORRY, I DONT WANT TO HURT
ANYONE, I'M ONLY HUMAN I DID MY BEST FOR MY
FAMILY, BUT GOT INVOLVED WITH THE WRONG PERSON.
ALL OF US MAKE MISTAKES AND SINNED.

FIRST OF ALL I SURRENDER MYSELF TO GOD
AND ASKING FOR FORGIVENESS IF ITS NOT FOR ME
JUST FOR MY CHILDREN MY LIFE WILL BE WORTHLESS
WITHOUT THEM.

TO THE PEOPLE OF GUAM, TO THE JUDGE THAT
WILL HANDLE MY CASE, TO MY LAWYER (PHILLY DINGCO)
MY PROSECUTOR, MY INVESTIGATOR, ~~ANY~~ THE
PROBATION OFFICERS, AND ALL, PLEASE FORGIVE AND HELP
ME I ASK IT IN JESUS NAME AMEN.

PSALM 119:29-3

29-REMOVE FROM ME THE WAY OF LYING, AND GRANT ME
THY LAW GRACIOUSLY.

30-I HAVE CHOSEN THE WAY OF TRUTH; THY JUDGEMENTS
HAVE I LAID BEFORE ME.

JOHN 8:32 AND YOU SHALL KNOW THE TRUTH AND THE TRUTH SHALL MAKE
YOU FREE.