
FILED
DISTRICT COURT OF GUAM
MAY 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR 01-00063 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARIO F. MERCADER, **EDITA I. FULLER**, RUPERTO A. ESPINOSA, JR., and LARRY VINCENT TOVES BLAS, | |
| Defendants. | |

I, MICHAEL BORRETA, hereby certify that a true and exact copy of the Response to Final Presentence Report and attached Exhibit A was duly hand-delivered to the following on May 12, 2006:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHAN P. GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court
Hagatna, Guam

DATED: Hagatna, Guam, May 12, 2006.

MICHAEL BORRETA
Legal Clerk

PHILLIP J TYDINGCO
Attorney for Defendant Edita I. Fuller

ORIGINAL