DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

SENTENCING



FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 01-00063-002　　　　　　　　　DATE: 05/18/2006
**************************************************************************************

HON. JOHN C. COUGHENOUR, DESIGNATED DISTRICT JUDGE　　　Law Clerk:
Court Reporter: Wanda Miles　　　　　　　　　　　　　　　Courtroom Deputy: Julie Mahnke & Virginia T. Kilgore
**Electronically Recorded: 9:02:48 - 9:28:57**　　　　　　CSO: J. Lizama / B. Benavente

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *
**DEFT: EDITA IIANG FULLER**　　　　　　　　　　　　**ATTY : PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  ROSETTA SAN NICOLAS　　　　　　　　AGENT:

U.S. PROBATION: STEPHEN GUILIOTT　　　　　　　　　U.S. MARSHAL: C. MARQUEZ / V. ROMAN

INTERPRETER:　PRIMO CABURIAN, Previously sworn　　LANGUAGE: TAGALOG

**************************************************************************************

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
　　Base offense level:　　　　　Total offense level:　　　　Criminal History Category:   I

　　NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE


( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT
Defense counsel requested the Court to consider a 4 level reduction of sentence.


( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES


( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government recommended a sentence of 235 to 293 months pursuant to an offense level of 38.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS: Government moved to dismiss Counts I and II.  GRANTED.

Defendant sentenced to 13 years imprisonment, 5 years supervised release with conditions and a special assessment fee for the count of conviction (See Judgment). The Court stated the justification of the sentence imposed and advised defendant of her appeal rights.