


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 22, 2008

Annie Gayle, Esq.
Alternate Public Defender
Suite 902, D&A Building (former Pacific News Building)
238 Archbishop Flores Street
Hagåtña, GU 96910

Re: CR-01-00063-002
United States of America -vs- Edita Ilang Fuller

Dear Ms. Gayle:

A Judgment was filed on May 19, 2006, in the above-entitled matter.

Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice. If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit. (See LR 79.1(c).)

Thank you for your assistance in this matter.

Sincerely,

/s/ Leilani R. Toves Hernandez
Deputy Clerk