DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDITA ILANG FULLER, <br><br> Defendant. | CRIMINAL CASE NO. 01-00063-002 <br><br><br> **RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ]   Government's          [ ]   Defendant's          [ ]   Joint

**EXHIBIT NO.**     **DESCRIPTION**

See attached Minute Entry filed 1/18/2006

_____
Signature

EVANGELYN PHELPS
Name

5-28-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


**FILED**
DISTRICT COURT OF GUAM
JAN 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 01-00063-002        DATE: 01/18/2006

HON. DONALD W. MOLLOY, Designated Judge, Presiding     Law Clerk: Jeff Roth
Court Reporter: Wanda Miles                             Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 10:19:55 - 12:39:21            CSO: F. Tenorio

**************************APPEARANCES****************************

**DEFT: EDITHA I. FULLER**                              **ATTY: PHILLIP J. TYDINGCO**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.               (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                            AGENT: NORMA SALAS, INVESTIGATOR

U.S. PROBATION:                                         U.S. MARSHAL: W. GRAY / G. PEREZ / J. CURRY

INTERPRETER: _____    ( ) SWORN   LANGUAGE: _____

**PROCEEDINGS:        MOTION TO DISMISS**

(X) WITNESSES SWORN AND EXAMINED
(X) EXHIBITS MARKED AND ADMITTED SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187
                                    (and 187A, when applicable)

(X) MOTION ARGUED BY   (X) GOVERNMENT   (X) DEFENDANT
(X) MOTION(s)  __Granted  __Denied  __Withdrawn  _X_ Under Advisement
( ) ORDER SUBMITTED  __Approved  __Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Defendant stated that her name is Edita Ilang Fuller.

(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                            next page

Courtroom Deputy: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA

V.

EDITHA I. FULLER

EXHIBIT AND WITNESS LIST

Case Number: CR-01-00063

| PRESIDING JUDGE<br>DONALD W. MOLLOY | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | | DEFENDANT'S ATTORNEY<br>PHILLIP J. TYDINGCO |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>JANUARY 18, 2006 | | | COURT REPORTER<br>WANDA MILES | | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **RODEL B. BABASA, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 1/18/06 | | Warrant for Arrest |
| | 2 | | | 1/18/06 | | Copy of Pacific Daily News article (Defense counsel stipulated that the document is a newspaper article) |
| | 3 | | | 1/18/06 | | Copy of Memo from Mikel W. Schwab (Stipulated as true copy by defense counsel) |
| | 4 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey L. Wendling to Chief Superintendent Gonzalez |
| | 5 | | 1/18/06 | 1/18/06 | 1/18/06 | Letters generated by Department of Justice . |
| | 6 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Department of State |
| | 7 | | 1/18/06 | 1/18/06 | 1/18/06 | Unclassified teletype |
| | 8 | | 1/18/06 | 1/18/06 | 1/18/06 | Unclassified teletype |
| | 8A | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Theodore Allegra to Andrea Domingo |
| | 9 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey Wendling to Andrea Domingo |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002. Mr. Tydingco objected to the admission. Overruled. |
| | 11 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 10/8/2002 |
| | 12 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 1/8/2003 |
| | 13 | | 1/18/06 | 1/18/06 | 1/18/06 | Teletype dated January 31, 2003. Mr. Tydingco objected to the admission and stated that it is hearsay. Overruled. |
| | 14 | | 1/18/06 | 1/18/06 | 1/18/06 | Teletype dated February 6, 2003. Mr. Tydingco objected to questioning beyond the scope. Overruled. Mr. Tydingco objected to the admission. Overruled. |
| | 15 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 5/27/2003 |
| | 16 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 8/25/2003 |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated November 28, 2003 |
| | 18 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 1/6/05 |
| | 19 | | 1/18/06 | 1/18/06 | 1/18/06 | Case Status Report signed by Rodel B. Babasa dated 5/16/05 |
| | 20 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 8/12/05 |
| | 21 | | 1/18/06 | 1/18/06 | 1/18/06 | Code Concerning Revocation of Passports |
| | | | | | | 10:51:47 End of DX |
| | | | | | | *CX by Mr. Tydingco* |
| | 19 | | 1/18/06 | 1/18/06 | 1/18/06 | Case Status Report signed by Rodel B. Babasa dated 5/16/05 |
| | 11 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 10/8/2002 |
| | 12 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 1/8/2003 |
| | 15 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 5/27/2003 |
| | 16 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 8/25/2003 |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 11/28/03 |
| | 20 | | 1/18/06 | 1/18/06 | 1/18/06 | DEA Report of Investigation dated 8/12/05 |
| | 4 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter from Jeffrey L. Wendling to Chief Superintendent Gonzalez |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |

Page -1-

Case 1:01-cr-00063   Document 185   Filed 05/28/2008   Page 2 of 4
Case 1:01-cr-00063   Document 150   Filed 01/18/2006   Page 2 of 3

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 3 | | | 1/18/06 | | Copy of Memo from Mikel W. Schwab |
| | 17 | | 1/18/06 | 1/18/06 | 1/18/06 | Report of Investigation dated 11/28/03 |
| | | B | | 1/18/06 | | DEA Personal History Report |
| | | | | | | 11:22:18 End of CX |
| | | | | | | *Re-DX by Ms. Johnson* |
| | | | | | | 11:23:05 End of Re-DX |
| | | | | | | *Court examined the witness* |
| | | | | | | *11:36:29 Re-CX by Mr. Tydingco* |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |
| | | | | | | End of Re-CX |
| | | | | | | 11:39:07 Witness Excused |
| | | | | | | Parties stipulated to the admission of Exhibits A and B. Parties further stipulated that Exhibit B, page 2, box 55 contains the date of March 8, 2004 which is the date when the warrants were entered into NCIC. |
| | | | | | | Government offered Exhibits 1, 2 and 3. No objection. ADMITTED. |
| | | | | | | EDITA I. FULLER, called and sworn |
| | | | | | | 11:42:49 DX by Mr. Tydingco |
| | | C | | 1/18/06 | | Warrant of Arrest and Indictment |
| | 10 | | 1/18/06 | 1/18/06 | 1/18/06 | Letter to Ms. Fuller dated 8/20/2002 |
| | | | | | | End of DX |
| | | | | | | *11:56:59 CX by Ms. Johnson* |
| | | | | | | End of DX |
| | | | | | | 12:04:38 Witness Excused |

Page -2-

Case 1:01-cr-00063  Document 135  Filed 05/28/2008  Page 4 of 4
Case 1:01-cr-00063  Document 130  Filed 01/18/2006  Page 3 of 3